IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of Complaint of: DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability | CIVIL ACTION IN ADMIRALTY<br><br>No. |

## VERIFICATION

I, J. Robinson West, hereby declare as follows:

I am one of the principals of Drones Marine LLC, a limited liability company, and I am authorized to execute this Verification on its behalf.

I have read the foregoing Complaint, and I certify under penalty of perjury that the facts set forth in the Complaint are true to the best of my knowledge, information and belief.

Executed on 5/25, 2007.

J. Robinson West