IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of Complaint of: DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability | CIVIL ACTION IN ADMIRALTY<br><br>No. |

# DECLARATION OF VALUE

Stephen M. Calder, Esquire, hereby declares that he is a partner with the law firm of Palmer Biezup & Henderson LLP, attorneys for the Petitioner herein, and he is authorized to make this Declaration on behalf of Petitioner Drones Marine LLC as owner of the "FLYING COLOURS," a certain 54-foot 1992 Little Harbor recreational sloop, Official No. 1032391("the Vessel").

Upon information and belief, the Vessel is presumed to have been lost at sea, such that after the incident described in the Complaint, the Vessel had a monetary value of zero, and there was no freight then pending.

Petitioner hereby undertakes to pay any costs that may be required in connection with this limitation proceeding upon Order of this Honorable Court.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2007.

Stephen M. Calder
Bar No. 05660