IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of Complaint of: DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability | CIVIL ACTION IN ADMIRALTY<br><br>No. |

## COST BOND

WHEREAS, Drones Marine LLC ("Petitioner") as owner of the "FLYING COLOURS," a certain 54-foot 1992 Little Harbor recreational sloop ("the Vessel"), has filed a Complaint for Exoneration from or Limitation of Liability for all losses and damages sustained by or resulting from the facts and circumstances set forth in the Complaint; and

WHEREAS, Petitioner prays for an injunction restraining the prosecution, except in this proceeding, of any and all actions, suits, and proceedings against Petitioner and the Vessel already begun, as well as enjoining the filing of any suit, action or legal proceeding of any nature or description which might or could be instituted in the future against Petitioner or against the Vessel for loss, injury or damage arising out of or resulting from the incident set forth in the Complaint; and

WHEREAS, in the Complaint it is shown that the value of the Vessel after the incident was zero and that there was no freight then pending.

NOW, THEREFORE, in consideration of the premises, Travelers Casualty and Surety Company of America, as Surety, hereby freely submitting itself to the jurisdiction and Orders of this Court, is held and firmly bound for the payment of costs of $1,000.00 (One Thousand Dollars), and in the event that any claimants herein recover an award of costs, judgment may be entered against

Petitioner and said Surety for an amount not exceeding $1,000.00, and thereupon execution may issue against their goods, chattels, lands and tenements or other real estate.

NOW, if said Petitioner Drones Marine LLC, as owner, shall well and truly abide by all Orders, interlocutory or final, of the said Court and of any Appellate Court in which the said suit may hereafter be pending and shall pay all costs and charges as may be ordered and adjudged to be paid on its part, then this Cost Bond shall be void; otherwise, it shall remain in full force and effect, and execution may issue by virtue hereof at one and the same time against the parties to this Cost Bond. However, in any event, the Surety's aggregate limit of liability shall not exceed $1,000.00.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2007.




Travelers Casualty and Surety Company of America:

By: Stephen M. Calder, Attorney-in-Fact

PBH: 190119.1

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

ST PAUL TRAVELERS

# POWER OF ATTORNEY

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**Seaboard Surety Company**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

**Attorney-In Fact No.** 215448

**Certificate No.** 000275403

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Michael B. McCauley, Richard Q. Whelan, Frank P. DeGiulio, Stephen M. Calder, and Kevin O'Donovan

of the City of New Orleans, State of Louisiana, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 30th day of March, 2006.

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**Seaboard Surety Company**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

[Seals: Farmington Casualty Company 1982 Connecticut; Fidelity and Guaranty Insurance Company Incorporated 1977; Fidelity and Guaranty Insurance Underwriters, Inc. Incorporated 1951; Seaboard Surety Company 1927 State of New York; St. Paul Fire & Marine Insurance Co.; St. Paul Guardian Insurance Company Corporate Seal; St. Paul Mercury Insurance Company Corporate Seal; Travelers Casualty and Surety Company Hartford, Conn.; Travelers Casualty and Surety Company of America Hartford, Conn.; United States Fidelity and Guaranty Company Incorporated 1896]

State of Connecticut
City of Hartford ss.

By: George W. Thompson, Senior Vice President

On this the 30th day of March, 2006, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2006.

[Seal: Marie C. Tetreault Notary Public Connecticut]

Marie C. Tetreault, Notary Public

58440-9-05 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kori M. Johanson, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

WARNING THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this 29th day of MAY, 2007.

Kori M. Johanson, Assistant Secretary

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.stpaultravelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER