FILED
STRICT COURT
OF MARYLAND

2007 MAY 30 A 9:20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK'S
BY__

------------------------------------------------------x

In the Matter of Complaint of:
DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability

----x

CIVIL ACTION
IN ADMIRALTY

No. WDQ 07 CV 1424

# MONITION

## THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

GREETINGS:

WHEREAS, a Complaint was filed in the United States District Court for the District of Maryland by Petitioner Drones Marine LLC as owner of the "FLYING COLOURS," a certain 54-foot 1992 Little Harbor recreational sloop, Official No. 1032391 ("the Vessel"), praying for exoneration or limitation of liability concerning losses, injuries or damages alleged to arise out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007, for the reasons set forth in said Complaint, and praying that monition issue out of the Court notifying all persons claiming losses, injuries or damages to appear before the Court and make due proof of their respective claims, and answer the allegations of the Complaint, and if it shall appear that Petitioner is not liable for such losses, injuries and damages, it may be so finally adjudged by this Court; and

WHEREAS, Petitioner has alleged that the said Vessel has a value of zero after the described incident and that there was no freight pending; and

WHEREAS, the said Court has ordered that a monition issue against all persons claiming losses, injuries or damages arising out of this incident, notifying them to file their respective claims with the Clerk of the Court and to serve on or mail to attorneys for Petitioner a copy thereof within 45 days of the entry of the Restraining Order, i.e., on or before ______________________, 2007.

YOU ARE, THEREFORE, COMMANDED to cite all persons claiming losses, injuries or damages arising out of said incident to file their respective claims with the Clerk of this Court at 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691 within forty-five (45) days of the entry of this Order, and to serve upon or mail to Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner, a copy thereof within 45 days of the entry of the Restraining Order, i.e., on or before ______________________, 2007, and you are also commanded to cite such claimants to appear and answer the Complaint filed herein on or before said date or within such further time as the Court may grant.

And what you have done in the premises do you then make return to this Court together with this Writ.

______________________________
Clerk, United States District Court

By: ___________________________
Deputy Clerk

Date: ____________________

PBH: 190119.1