**LEGAL NOTICE**

In the U.S. District Court, District of Maryland: Notice is given that Drones Marine LLC, as owner of the FLYING COLOURS, has petitioned for exoneration or limitation of liability for all claims arising out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007. The Court has ordered all persons asserting any claim with respect to said incident to file a written claim with the Clerk of Court,101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, no later than ___________________________, 2007, and to serve a copy thereof on Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner.