**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In the Matter of Complaint of: Drones Marine LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor Recreational Sloop, for Exoneration or Limitation of Liability** | * <br> * <br> * | **Case No.** |

***

**DISCLOSURE OF CORPORATE INTEREST**

***Check all that apply:***

[ X ] I certify, as party/counsel in this case that Petitioner Drones Marine LLC
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.) **EXCEPT AS SET FORTH BELOW**.

[ ] The following corporate affiliations exist with ______________________:
(name of party)

______________________________________________.
(names of affiliates)

[ X ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Chubb Group and Federal Insurance Company, as liability insurers of Drones Marine LLC
(names of entities with possible financial interests)

May 25, 2007
*Date*

[signature]
*Signature*

Stephen M. Calder 05660
*Printed Name* *Bar Number*
620 Chestnut Street, Suite 956
*Address*
Philadelphia, PA 19106-3409
*City/State/Zip*
(215) 625 9900 (215) 625 0185
*Phone No.* *Fax No.*