FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 JUN 2 A 8:30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------x
In the Matter of Complaint of:
DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability
------------------------------------------------------x

CIVIL ACTION
IN ADMIRALTY

No. WDQ 07 CV 1424

## ORDER FOR SECURITY FOR COSTS

Petitioner Drones Marine LLC, as owner of the "FLYING COLOURS," a certain 54-foot 1992 Little Harbor recreational sloop ("the Vessel"), having filed a Complaint for exoneration or limitation of liability with respect to the loss of the Vessel, and having prayed that it be directed to file a bond for costs with surety, and it appearing from the Affidavit of Value filed with the Complaint that the value of the Vessel after the incident described in the Complaint was zero and that there was no freight then pending; it is hereby

ORDERED that Petitioner shall file a bond with surety for costs in the amount of $1,000.00 (One Thousand Dollars).

UNITED STATES DISTRICT JUDGE

Dated: 6/12/07