FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 JUN 12 A 8:30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------------------x

In the Matter of Complaint of:
DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability

CIVIL ACTION
IN ADMIRALTY

No. WDQ 07 CV 1424

---------------------------------------------------------x

**RESTRAINING ORDER, ORDER FOR ISSUANCE OF**
**MONITION AND ORDER THAT CLAIMS BE FILED WITH CLERK**

A Complaint having been filed by Drones Marine LLC ("Petitioner") as owner of the "FLYING COLOURS," a certain 54-foot 1992 Little Harbor recreational sloop, Official No. 1032391 ("the Vessel"), claiming exoneration or limitation of liability as provided by the Revised Statutes of the United States, and contesting the liability of Petitioner for any and all losses, injuries or damages alleged to arise out of the incident described in the Complaint, and also stating the facts and circumstances upon which exoneration or limitation of liability are claimed, and it appearing that claims have been or will be made against Petitioner for losses, injuries or damages alleged to arise out of the incident described in the Complaint;

NOW, on Motion of Palmer Biezup & Henderson LLP, attorneys for Petitioner, it is

ORDERED that a Monition issue out of and under the seal of this Court citing all persons asserting claims with respect to which the Complaint seeks exoneration or limitation of liability, and admonishing them to file their claim with the Clerk of the Court at 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, within forty-five (45) days of the entry of this Order, and to serve

upon or mail to Palmer Biezup & Henderson LLP, the attorneys for Petitioner, a copy thereof, on or before the same date, or be defaulted; and it is further

ORDERED that Petitioner shall undertake to pay costs of $1,000.00, upon demand, pursuant to Local Admiralty Rule (f)(1); and it is further

ORDERED that the further prosecution of any and all suits, actions or proceedings of any nature or description whatsoever which have already been commenced against Petitioner and/or the Vessel (except in the present proceedings) in respect of any claim arising out of or connected with the incident described in the Complaint or the voyage upon which the Vessel was then engaged are hereby stayed and restrained until the hearing and determination of this proceeding; and it is further

ORDERED that upon the signing of this Order, the commencement of any suit, action or proceeding of any nature or description whatsoever against Petitioner and/or against the Vessel, except in the present proceedings, in respect of any claim arising out of or connected with the incident described in the Complaint or the voyage upon which the Vessel was then engaged, is hereby enjoined until the hearing and determination in this proceeding; and it is further

✓ ORDERED that notice of the Complaint for Exoneration from or Limitation of Liability and the Monition issued pursuant thereof be given as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure by publication of a Notice in the form attached hereto in the "Baltimore Sun," a newspaper of general circulation including Anne Arundel County, once each week for four successive weeks, and that the first publication of said Notice be at least thirty (30) days before the return date specified above, and that

Petitioner, not later than the date of the second publication, shall send by registered mail a copy of said Notice together with a copy of this Order to all persons who at the time of making this Order shall have instituted suit for loss, injury or damage in connection with the aforesaid matter or shall have made written claim in respect thereto, or to their respective attorneys if so represented; and it is further

ORDERED that a copy of said Notice, together with a copy of this Order, be mailed on or before the day of the second publication to such other persons known to Petitioner who may make claim against Petitioner or the Vessel for loss, injury or damage allegedly arising out of the incident and the voyage which are the subject of this limitation proceeding.

UNITED STATES DISTRICT JUDGE

Dated: 6/12/7

PBH: 190119.1

**LEGAL NOTICE**

In the U.S. District Court, District of Maryland: Notice is given that Drones Marine LLC, as owner of the FLYING COLOURS, has petitioned for exoneration or limitation of liability for all claims arising out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007. The Court has ordered all persons asserting any claim with respect to said incident to file a written claim with the Clerk of Court, 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, no later than 7/27, 2007, and to serve a copy thereof on Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner.