IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of Complaint of: DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability | CIVIL ACTION IN ADMIRALTY<br><br>No. 1:07-1424-WDQ |

**CERTIFICATE OF PUBLICATION**

Stephen M. Calder, Esq., counsel for Petitioner, hereby certifies that in accordance with the Court's Order and Monition entered on June 12, 2007, legal notice of this Limitation Proceeding was published in *The Baltimore Sun* on June 13, June 20, June 27, and July 4, 2007, and that true and correct copies of the Legal Notice and the newspaper's proof of publication are attached.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By: /s/ Stephen M. Calder

Stephen M. Calder
Bar No. 05660
620 Chestnut Street, Suite 956
Philadelphia, PA 19106-3409
Ph. (215) 625 9900
Fax (215) 625 0185
Email: scalder@pbh.com

Attorneys for Petitioner

Dated: July 20, 2007