**LEGAL NOTICE**

In the U.S. District Court, District of Maryland. Notice is given that Drones Marine LLC, as owner of the FLYING COLOURS, has petitioned for exoneration or limitation of liability for all claims arising out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007. The Court has ordered all persons asserting any claim with respect to said incident to file a written claim with the Clerk of Court, 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, no later than 7/27, 2007, and to serve a copy thereof on Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner.

THE BALTIMORE SUN
www.baltimoresun.com

Wednesday June 13 2007

WE HEREBY CERTIFY, that the annexed advertisement of Order No 391931

Palmer Biezup & Henderson Llp
956 PUBLIC LEDGER BLDG
PHILADELPHIA, PA 19106

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore on Wednesday June 13 2007

The Baltimore Sun Company,

By K. Hackett

Subscibed and sworn to before me this ________ day of ____________ 20___ ,

By ______________________________________

Notary Public
My commission expires ____________________________
7123

c Notice of Availability
nental Assessment and Finding
No Significant Impact
/Washington International
good Marshall Airport

Aviation Administration (FAA), with the Maryland Aviation (MAA) and in compliance with nvironmental Policy Act of der 1050.1E, Environmental Im- and Procedures, and FAA Or- National Environmental Policy plementing Instructions for Air- has completed a Final Environ- ment (EA) for the Federal Re- rt Real Property at Baltimore/ ternational Thurgood Marshall hicum, Maryland. The FAA has g of No Significant Impact referenced Final EA. Copies of nts are available for public re- e 11 through July 13, 2007 at ocations:

ich - Anne Arundel County

oad
ryland 21090

nch - Anne Arundel County

is Road
and 21144

h - Howard County Library
ton Boulevard
land 21075

tion Administration Office of
Environmental Services
Boulevard
ryland 21090

s forth the FAA determination ease and environmental factors project, and the FAA's decision e factors.

STATES BANKRUPTCY COURT
HE DISTRICT OF DELAWARE

ORATION, ) Chapter 11
) Case No. 07-10086 (KG)

ING TO CONSIDER CONFIRMATION OF ORGANIZATION UNDER CHAPTER 11 OF CODE PROPOSED BY THE DEBTOR AND MMITTEE OF UNSECURED CREDITORS

OTICE that:
, 2007, the above captioned debtor and n (the "Debtor," and together with the of Unsecured Creditors, the "Plan Propo- nt Plan of Reorganization Under Chapter 11 ode (as may be amended, the "Plan"), and ement for Joint Plan of Reorganization (as he "Disclosure Statement") All capitalized but not otherwise defined shall have the them in the Plan or the Solicitation Order. 2007, the United States Bankruptcy Court laware (the "Court") entered an order (the approving the Disclosure Statement and

In the U.S. District Court, District of Maryland: Notice is given that Drones Marine LLC, as owner of the FLYING COLOURS, has petitioned for exoneration or limitation of liability for all claims arising out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007. The Court has ordered all persons asserting any claim with respect to said incident to file a written claim with the Clerk of Court, 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, no later than July 27, 2007, and to serve a copy thereof on Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner.

The regular monthly meeting of the Board of Commissioners of the Housing Authority of the City of Annapolis will be held on Wednesday, June 20, 2007 at 4:30 p.m. at the Administration Offices of the Housing Authority, 1217 Madison Street, Annapolis, MD. The agenda will include reports, routine matters, and other business to properly come before the Commissioners.
Eric C. Brown
Executive Director

## Announcements/ Greetings

### LOST & FOUND

CAT: White, 3 years old, Female, spayed, Answers to "Annie" 410-491-1221

SMALL MIXED SHEPHERD black and brown. Lost Caves Rd. on 6/11. Chain collar. 410-363-6720

## Personal Interests

MUSIC LESSONS
Qualified teachers, $15.00 per hour, any level 301-490-1342.

## Transportation Services

### BUSINESS SERVICES

HANDYMAN- LICENSED & INSURED
No job too small, 410-667-1374

## Help Wanted

### A HELP WANTED

AAActivism

**Summer Jobs**
With Environment MD
$300-500/wk
- Fight global warming!
- Work w/ great people
- Make a difference

# Career Training

Ultrasound Tech
PREPARE FOR A NEW LIFE!
Make a difference, even with the little ones as an Ultrasound Technician. Train in less time than you think!
Career Services Available
Financial Aid
for those who qualify.
Training includes an externship!
For a Brochure, Call now!
888-766-2433
Sanford-Brown Institute
8401 Corporate Drive
Suite 500
Landover, MD 20785

Call Now
**BARTENDING**
Certified in 1 or 2 weeks
Job Placement Assistance
Day or Evening Classes
Baltimore Bartender School
410-685-1594

CDL TRAINING
Allstate Career
410-631-1818

## Help Wanted

ADMINISTRATIVE SUPPORT
Meeting Planning Company seeks entry level position & teamplayer with excellent communication/organizational & computer skills. Candidate must have a college degree, ability to travel & attention to details. Fax resume & salary requirements to: 443-836-0217.
WEB ID BA200203

ASSOCIATES DIR., SALES
Svc & grow major accts. 25% travel req'd. Base $65K+bonus. Bcessna-@mortgagebankers.org.
WEB ID BA211927

IMMEDIATE !

AUTO: 1 ASE Tech; 2 Svc Techs, 1 Trans Tech. $10-22/hr Paid weekly. Own tools. Immed openings. 443-844-8699

Auto
Dealer Exchange & Wholesale Clerk
MileOne, Saturn of Glen Burnie is hiring for an experienced Dealer Exchange & Wholesale Clerk to process and post all billings, checks and titles for DXs, wholesales and auction sales. Full benefits. Call Robyn at 410-415-0515.

AUTO DETAILER. We're

AUTOMOTIVE - TOP CHOICE ENTERPRISES. Busy restoration needs exp'd help. 410-300-6568.
WEB ID BA211887

Auto Sales
Jones Junction is Harford County's largest and fastest growing car dealer. Our expansion has created openings for salespeople who want to share in our growth. Jones offers a 5 day work week, excellent compensation including paid vacations and 401k benefits. We offer extensive training so while experience is desired it is not required. All we are looking for is people who want to work hard to achieve their goals. To schedule an interview contact Steve Zell at 410-879-1133 or Gary Hale at 410-879-6400.
WEB ID BA212341

Auto Sales
Used Car Salesperson needed. Large volume used car facility is expanding and needs 2 qualified individuals. Large commission structure, full benefits. Qualified applicants only. Contact Mr. Ray 410-277-3084

AUTO TECHS & INSPECTORS needed for 10 bay state of the art repair facility. Overwhelmed with plenty of work, which is generated by 6 family owned used car lots. Top pay & benefits. Call for confidential interview. Come grow with us! Jack

## Help Wanted

CARPENTERS WANTED
Experienced Carpenters
Competitive Pay, Paid Benefits & More.
$1,000 SIGN ON BONUS
Tools & Trans a must
Call (410) 526-3520
Se Habla En Espanol

Carpenters/Assemblers
Door Company. seeks carpenters/assemblers to build ext. doors, exc pay & benefits. Contact BRSC, 8155 Stayton Dr. Jessup, MD. 301-490-8660
WEB ID BA209911

CARPENTER (LEAD) & HELPER
Needed for residential remodeling in Howard County. Experience, transportation and tools required. Call 410-465-7169
WEB ID BA204460

CARPENTERS, PAINTERS, CLEANERS - MIN 7 yrs exp. Tools and transportation req'd. great benefits. 410-277-0651
WEB ID BA209895

CARPENTER - Must have at least 8 years exp. Need own tools & transportation. Steady work. Call 410-984-6293.
WEB ID BA206030

CARPET CLEANERS
No experience necessary.
Paid training and advancement opportunity.
QUALIFICATIONS INCLUDE
- Professional appearance
- Safe Driving Record
- Good Work Ethic
- Clean Criminal Record

DRUG FREE
BENEFITS PACKAGE
- Paid Health Insurance
- Paid Holidays/Vacations
- Paid Retirement Plan
- Bonuses

Apply at
9004-D Yellowbrick Road
Baltimore, MD 21237
STANLEY STEEMER.
WEB ID BA207834

CASHIER
TELLERS
Dunbar Cash Vault Services is hiring F/T & P/T Tellers for the 2nd shift at at our White Marsh, MD location. Must be 18 yrs or older, we will train, safe environment w/ great benefits. Call (410)933-9500
EOE M/F/V/D
DUNBAR CASH VAULT SERVICES

CATV Nexlink is isn need of qualified CATV/HSI/TELEPHONY Technicians for in-home installations. We provide Video, HSI, Digital telephone installations for local cable TV industry. Good DMV rec is req'd. All interested applicants may call 410-729-8738.
WEB ID BA209981

LIGHT FOR ALL
THE SUN
www.baltimoresun.com

CLASSIFIED
CALL CENTER
ADVERTISING
NEW HOURS OF
OPERATION

EFFECTIVE
JUNE 18, 2007

MONDAY THRU FRIDAY
8:30 A.M. - 6:30 P.M.

SATURDAY and SUNDAY
8:30 A.M. TO 4:00 P.M.

FOR MORE INFORMATION CALL
410-539-7700

THANK YOU FOR ADVERTISING WITH

DRIVER-
Local portable restroom company in search of qualified driver.
- Clean driving record
- Drug Free
- Benefits
- 4/5 day work week
Call 410-766-9972

DRIVER Local Balt. company looking for OWNER/OPERATORS for tractor trailer hauling. Excellent pay out percentage of 80%. Call 410-579-4688 8am-4pm.
WEB ID BA211901

Driver
Owner Operators
CDL-A
W/ Haz-mat
Home every Weekend
$145,000 + per year
Dedicated regional fleet
Paying practical miles
Tolls paid
No touch freight
Liberal fuel surcharge
You choose all your loads
Come get the respect you deserve with us at:
GREATWIDE DEDICATED
Front Royal, VA.
866-400-1467
greatwide.com
WEB ID BA211174

DRIVER - Precision Doors in Halethorpe is seeking a driver w/ construction job site delivery exp to join our team. Clean drivers lic & DOT physical req'd. Benefits avail. Must have recent copy of driving record prior to interview. Call Dave at 410-536-9999.
WEB ID BA207119

DRIVER-Roll-off, CDL state of the art equipment, 410-789-8330, 1-800-DUMP-JUNK
WEB ID BA209973

DRIVERS WANTED:
Time Critical Freight, Inc. is looking for F/T class A, B, & C daytime route drivers who are at least 23 years old. Need to have a min. of 2 yrs. exp. Driving a Tractor Trailer or Box Truck, have a good driving record, be able to pass a criminal background check, and drug test. Our drivers receive company training; they are home every night, NO WEEKEND WORK, and are paid hourly on a weekly basis with salaries that are competitive with today's market. We are very happy to offer a driver referral program, safety bingo, and the following benefits: Health, Dental, Prescription after 90 days, Vacation Time - after 1 year, & Sick Time - after 6 months. If you are interested, you can complete an application by visiting us at 8700 Robert Fulton Drive Columbia, MD 21046 between 8:00 AM - 4:00 PM **Take Rt. 175 to Snowden River Pkwy West to right exit onto Robert Fulton Drive

THE BALTIMORE SUN
www.baltimoresun.com

Wednesday June 20 2007

WE HEREBY CERTIFY, that the annexed advertisement of Order No 391931

Palmer Biezup & Henderson Llp
956 PUBLIC LEDGER BLDG
PHILADELPHIA, PA 19106

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore on Wednesday June 20 2007

The Baltimore Sun Company,

By K. Hackett

Subscibed and sworn to before me this ________ day of _____________ 20___ ,

By _______________________________________

Notary Public
My commission expires ______________________________
7123

## Cemetery Lots

**CREST LAWN MEMORIAL GARDENS** Marriottsville, Maryland, 2 lots side by side in Honor I section. Make offer 540-977-2947 or email ftijohn@aol.com

**DULANEY VALLEY MEMORIAL GARDENS**, mausoleum double crypt, $10,500 value, discounted to $7500. 443-655-4761 or 410-939-6020.

**GARDEN OF FAITH** 2 plots, loc in garden of first miracle, worth $4590, selling $3000/obo Call 443-655-6330

**MEADOW RIDGE MEMORIAL PARK** Elkridge. 2 lots, side by side, in Rest Haven Section. $4700 for both 321-254-7132

## Proposals

NOTICE TO CONSULTANTS R.F.P. 07-23 CONSULTING SERVICES CLAY STREET NEIGHBORHOOD COMMERCIAL REVITALIZATION PLAN

The Central Purchasing Office of the City of Annapolis is accepting sealed proposals for consulting services for the Clay Street neighborhood revitalization plan. Proposal packages will be accepted at the Central Purchasing Office, 145 Gorman Street, Second Floor, Annapolis, Maryland 21401, until 3:00 P.M., local time, Thursday, July 19, 2007. Late proposals will not be accepted under any circumstances. The scope of work includes, but is not limited to, completing a review of existing physical conditions of properties, assess economic conditions, and develop recommendations for a revitalization plan. Interested parties are invited to attend a pre-proposal meeting on Thursday, June 28, 2007 at 2:00 pm, in the Council Chamber, City Hall, 160 Duke of Gloucester Street in downtown Annapolis. Proposal packages may be obtained from the Central Purchasing Office at the address noted above. The City of Annapolis reserves the right to reject any of all proposals, to waive informalities, and to select the proposal deemed to be in the best interest of the City.

Brian D. Snyder, CPPO Procurement Officer

State of Maryland Maryland School for the Deaf

The Maryland School for the Deaf is soliciting a vendor to provide Fire Alarm services at the Columbia Campus. Pre-bid will be held on July 2, 2007 at 10:00 a.m. at the Columbia Campus - Main Building located at 8169 Old Montgomery Road, Columbia, Maryland 21043. Bids must be delivered to the office of the Procurement Officer by 10:00 a.m. on July 10, 2007. For a copy of the solicitation #MSD CC 80002 please contact Kathleen Charles at 410-480-4518. The award will be made on the basis of lowest bid.




## Legal Notices

Department of the Environment, Water Management Administration Notice of Applications Received for State Permits and Opportunity for Hearing

Issue Date: June 20, 2007 in the Baltimore Sun

The Water Management Administration is reviewing the application for State Permit listed below. The application and related information are on file at the Administration; arrangements may be made for inspection and copying. Opportunity is afforded individuals to provide written comments, to request a public informational hearing, or to be placed on an interested persons list for any listed application. Any further notices about actions on an application will be provided only by mail to those individuals on a mailing list of interested persons. Comments or requests for an informational hearing must be received in writing by the Administration on or before July 9, 2007. All inquiries and requests should include the permit application number, your name, address and telephone number, and should be addressed to John Grace, Chief, Source Protection and Appropriation Division, Water Management Administration, 1800 Washington Blvd., Baltimore, Maryland 21230, Telephone: (410) 537-3590.

BALTIMORE CITY BC2005G005/01 and BC2005G105/01 - Harbor East Parcel D - Hotel, LLC, c/o Struever Bros., Eccles & Rouse, Joy Building @ Tide Point, 1040 Hull Street, Suite 200, Baltimore MD 21230, seeks to appropriate and use ground water for construction dewatering for two 30- to 45-story towers with a 5-level underground parking garage. Application BC2005G005/01 seeks to appropriate and use an annual average of 51,000 gallons of ground water per day (gpd) and an average of 627,000 gpd in the month of maximum use from the Patapsco sands. Application BC2005G105/01 seeks to appropriate and use an annual average of 4,700 gallons of ground water per day (gpd) and an average of 55,000 gpd in the month of maximum use from the surficial fill/alluvium. The total requested quantity is less than the amount originally sought due to changes in construction plans. A slurry wall is to be installed around the perimeter of the project. Prior to the completion of the slurry wall, dewatering will be limited to the first 10- to 15-feet of surficial soil/alluvium. Once the slurry wall is completed, the deeper site excavation will be initiated. To facilitate excavation during the tower/garage construction, water will be pumped from approximately 10 wells with depths ranging from 70- to 80-feet deep. After completion of the below ground level structures, pumping to keep the groundwater levels down will continue at a lesser amount. The project is located at 701 Aliceanna Street, Baltimore City, Maryland.

Lowering the water table up to 80 feet at the site is not expected to cause any adverse impact on the resource or other users of the resource, as the water will be discharged into the same basin from which it is being withdrawn and the slurry wall will limit the drawdown effects beyond its boundary. This activity will be in the City of Baltimore, which is served by a municipal water supply. No impacts to two resources and other users of the resources are anticipated.



MARYLAND DEPARTMENT OF THE ENVIRONMENT AIR AND RADIATION MANAGEMENT ADMINISTRATION NOTICE OF INTENT TO ISSUE PART 70 OPERATING PERMIT, OPPORTUNITY TO SUBMIT WRITTEN COMMENTS OR TO REQUEST A PUBLIC HEARING

The Department of the Environment, Air and Radiation Management Administration (ARMA) has completed its review of the application for a renewal Part 70 Operating Permit submitted by the Sherwin Williams Company located in Baltimore, MD. The facility consists of four (4) manufacturing plants: the Baltimore oil paint plant, Highway (Traffic or Hwy) paint plant, Baltimore emulsion paint plant and Resin plant. The applicant is represented by:

Mr. Jeff Aichroth, Environmental Specialist The Sherwin Williams Company 2325 Hollins Ferry Road Baltimore, MD 21230

The Department has prepared a draft Part 70 Operating Permit for review and is now ready to receive public comment. A docket containing the draft permit, supporting documentation and fact sheet is available for review. Ask for Docket #24-510-00286 at the following locations during normal business hours:

Enoch Pratt Free Library Washington Village Branch 856 Washington Boulevard Baltimore, MD 21230-2344

Maryland Department of the Environment Air and Radiation Management Administration 1800 Washington Boulevard Baltimore, Maryland 21230-1720

Interested persons may submit written comments or request a public hearing on the draft permit. Written comments must be received by the Department no later than 30 days from the date of this notice. Requests for a public hearing must be submitted in writing and must also be received by the Department no later than 30 days from the date of this notice. Comments and requests for a public hearing will be accepted by the Department if they raise issues of law or material fact regarding applicable requirements of Title V of the Clean Air Act, and/or regulations implementing the Title V Program in Maryland found in COMAR.

A Request for public hearing shall include the following: 1) The name, mailing address, and telephone number of the person making the request; 2) The names and addresses of any other persons for whom the person making the request if representing; and 3) The reason why a hearing is requested, including the air quality concern that forms the basis for the request and how this concern relates to the person making the request.

All written comments and requests for a public hearing should be directed to the attention of Ms. Shannon Heafey, Air Quality Permits Program, Air and Radiation Management Administration, 1800 Washington Boulevard Suite 720, Baltimore, Maryland 21230-1720. Further information may be obtained by calling Ms. Shannon Heafey at (410) 537-4433.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY COURT DOMESTIC RELATIONS BRANCH - ADOPTION EX PARTE IN THE MATTER OF THE PETITION OF T.L.M. FOR ADOPTION OF AMBER MONEE MALLORY DOB: 1/1/07 ADOPTION CASE NO. A-57-07 JUDGE KAYE K. CHRISTIAN POSTED NOTICE OF ADOPTION PROCEEDING AND ORDER TO SHOW CAUSE

Robert Johnson, YOU ARE HEREBY NOTIFIED that an adoption petition is pending before the Superior Court of the District of Columbia concerning the minor child, Amber Monee Mallory born on January 1, 2007, to Kristia Lynn Mallory.

YOU ARE HEREBY ORDERED to appear for a Show Cause Hearing scheduled on August 3, 2007, at 9:00 a.m. in Courtroom JM-7 before Judge Kaye K. Christian.

You have the right to seek custody of the minor child or to challenge the adoption. However, in order to do so, you must either appear at the Show Cause Hearing, or prior to the hearing, file a written objection with: Central Intake Center, Family Court, JM Level, Superior Court of the District of Columbia, 500 Indiana Avenue, N.W., Washington, D.C. 20001.

If you do not want to seek custody or challenge this adoption, you may consent to the adoption or relinquish the child to a licensed child-placing agency. Please contact the child's social worker Sandra Fulton, LGSW, Director of Domestic Programs, The Barker Foundation, 7979 Old Georgetown Road, First Floor, Bethesda, MD 20814 (301) 664-9664.

You may retain counsel to represent you in these proceedings.

Your failure to respond to this Notice of Adoption Proceeding and Order to

DEPARTMENT OF THE ENVIRONMENT AIR AND RADIATION MANAGEMENT ADMINISTRATION NOTICE OF APPLICATION AND INFORMATIONAL MEETING

The Maryland Department of the Environment (the "Department") received a Permit to Construct application from United States Coast Guard Yard on May 03, 2007 for the installation of four landfill gas-fired engine generators, to be located at the Coast Guard Yard property, 2401 Hawkins Point Road, Baltimore 21226 in Anne Arundel County, Maryland, premises number 003-00316. An Informational Meeting will be held on June 25, 2007 at 7 p.m. at the Riviera Beach Branch of the Anne Arundel County Library, 1130 Duvall Highway, Pasadena, MD 21122. Pursuant to the Environment Article, Section 1-603(a), Annotated Code of Maryland, the informational Meeting has been scheduled so that citizens can discuss the application and the permit review process with the applicant and the Department.

Copies of the application are available for public inspection. Ask for Docket #12-07 at the following locations during normal business hours:

Maryland Department of the Environment Air and Radiation Management Administration 1800 Washington Boulevard, Suite 720 Baltimore, Maryland 21230

Riviera Beach Branch Library 1130 Duvall Highway Pasadena, MD 21122 410-222-6287

The Department will provide an interpreter for deaf and hearing-impaired persons provided that a request is made for such service at least five (5) days prior to the meeting. Further information may be obtained by calling Ms. Shannon Heafey at (410) 537-3230.

GEORGE A. (TAD) ABURN, Director Air and Radiation Management Administration

PUBLIC NOTICE

Notice is hereby given that the following vessel has been found abandoned for more than six months in Baltimore County, Maryland and is presently stored on the property of the Matapeake Marine Terminal in Stevensville, Maryland (Kent Island). The vessel is described as a 1978 18' Marada with Maryland Registration Number MD8238AK and Hull Identification Number MRBZ0706M78E and a single axle trailer with Maryland tag number 369770G found along Falls Road between Ruxton Road and I-83.

Application for title will be made in accordance with Section 8-722 of Title 8, Subtitle 7, State Boat Act, Natural Resources Article if the vessel is not removed form the above property within 30 days of this notice. Owner will be responsible for any expenses incurred during the removal and custody of the vessel. Failure to claim vessel will constitute a waiver of all rights, title and interest in the vessel and consent to the Department's disposition of the vessel. Contact Captain Ingerson between 7:30 a.m. and 3:00 p.m. at (410) 643-5771 to claim vessel. Proof of ownership is required.

Notice of relocation Of human remains From burial site

To: all persons who are heirs, Legatees, Devisees, Relatives and/ or Descendants of Most Rev. John Joseph Chanche who is buried in New Cathedral Cemetery Baltimore, Maryland. Notice is hereby given: William Cardinal Keeler has requested authorization from the State's Attorney for Baltimore City to remove the human remains of Most Rev. John Joseph Chanche, buried in New Cathedral Cemetery, Baltimore City, Maryland, Section G, Lot 20, Grave 8 and reinter in St. Mary Basilica in Natchez, Mississippi. Any Person (s) opposed to the disinterment and reinterment of Most Rev. John Joseph Chanche's remains must file a response no later than June 22, 2007.

For additional information please call Paul Hartsock, Funeral Director, Leonard J. Ruck, Inc. Funeral Home, 410-426-1517.

In the U.S. District Court, District of Maryland: Notice is given that Drones Marine LLC, as owner of the FLYING COLOURS, has petitioned for exoneration or limitation of liability for all claims arising out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007. The Court has ordered all persons asserting any claim with respect to said incident to file a written claim with the Clerk of Court, 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, no later than July 27, 2007, and to serve a copy thereof on Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner.

ATTENTION: PATIENTS OF DR. RICHARD H. BALCER.

As of 7/1/07 your records will be transferred to:

# Career Training

**CallNow**

**BARTENDING** Certified in 1 or 2 weeks Job Placement Assistance Day or Evening Classes Baltimore Bartender School 410-685-1594

**CDL TRAINING** Allstate Career 410-631-1818

Ultrasound Tech

PREPARE FOR A NEW LIFE! Make a difference, even with the little ones as an Ultrasound Technician. Train in less time than you think! Career Services Available Financial Aid for those who qualify. Training includes an externship! For a Brochure, Call now! 888-786-2433 Sanford-Brown Institute 8401 Corporate Drive Suite 500 Landover, MD 20785

## Help Wanted

### A HELP WANTED

AAActivism

**Summer Jobs** With Environment MD $300-500/wk

- Fight global warming!
- Work w/ great people
- Make a difference

Career opp. available.

Call Sandy 410-467-0720 www.jobsthatmatter.org

WEB ID BA209094

**Accounting Manager** Nationally top ranked service company in Columbia has immediate opening for an accounting manager with excellent management skills, experience in accounts payable, receivable, payroll, collections, hiring and preparation of financial statements. Experience with Great Plains accounting system is a plus. Must be able to multi-task, be extremely dependable, accurate and detail oriented. We offer a great compensation package including salary, health, 401k, State of the art computer system and professional work environment. Please email resume to kwiseman @cleannetusa.com or fax to 410-720-5307.

WEB ID BA212515

Accounting

**BOOKKEEPER** Regional electrical contractor located in Canton seeks experienced, hands on Bookkeeper w/F/S prep, A/R, A/P, G/L, P/R. Foundation software exp. a +. Must be a good communicator, detail oriented & quick learner. Comp. salary & benefits. Fax resume ATTN: J. Kaye to 410 - 356 - 0068 or email to: jkaye@hertzbach.com

WEB ID BA210735

**Accounting Clerk** Financial Services Co in Owings Mills seeks a self-motivated Accounting Clerk with 2+ years exp. to handle A/P, multiple state sales tax filings, and general accounting. Applicants must be proficient in Excel. Email resume w/salary requirements to: Madison Capital, LLC - resume @madisoncapital.com

WEB ID BA212806

Accountant: Req. Bach in Acctg., Fin. or foreign equiv. + 5 yrs. rel. exp. incl. Int'l Acctg procedures, Sarbanes Oxley Act; analyze/review/manage/dvlp monthly balance shts, income stmts, SEC reports, acctg systms, Constellation Energy Commodities Group, Baltimore, MD. Mail resume to S. Buth, 111 Market Place, Ste 600, Baltimore, MD 21202 & ref. Job 6091. No calls.

WEB ID BA210785

**ACCOUNTANT** Staff accountant for local CPA firm. CPA with over 3 yr exp pref. Accounting and tax, varied clientele. Unlimited potential. Send resume to: H.R. PO Box 5078, Timonium, MD 21094-5078

WEB ID BA208692

**Accounting** Fox of Laurel has an immediate need for an accounting clerk. ADP Software experience a plus. Email resume to calnm1@autonation.com or call 301-483-7766

WEB ID BA209864

ACCOUNTING CLERK. CPA firm in Federal Hill. Data entry, answer phones, billing, payroll & other accounting duties. 2 wks

**ANTWERPEN TOYOTA OF CLARKSVILLE IS HIRING!**

- SERVICE TECHS
- LOT PERSON
- PT. TIME SERVICE WRITER
- SERVICE GREETER

PREVIOUS EXP. PREFERRED BUT WILL TRAIN THE RIGHT PERSON

WE OFFER: -COMPETITIVE COMP. & BENEFITS PKG

FOR A CONFIDENTIAL INTERVIEW CALL: TOM CHILCOATE OR BILL KIDD 410-531-5700

Automotive

**SALES MANAGER USED CARS**

**AN OPPORTUNITY LIKE THIS ONLY KNOCKS ONCE.**

- One of the Mid-Atlantic's most successful Automotive groups has an immediate opening for a Used Car Manager.
- Our continuous growth provides an outstanding opportunity for the right candidate.
- The selected candidate must be able to motivate, teach and sell volume at a profit. We offer a Top Pay Plan & Benefits, 401K and a match and some of the Best Bonus & Incentive Plans in the industry.

Call 410-666-5300 or Fax 410-568-1001 directly to Rich Giroux Executive Vice President Email: RJG@frankelauto.com

FRANKLE ACURA 10400 York Rd. Hunt Valley, MD

**IMMEDIATE !**

AUTO: 1 ASE Tech, 2 Svc Techs, 1 Trans Tech, $10-22/hr Paid weekly. Own tools. Immed openings. 443-844-8899

**AUTO DETAILER** Experienced, with good driving record. Full time, 5 day work week. Right pay for the right person. Oppty for advancement. Full benefits, 401K. Apply in person: Koons Used Car Outlet, 5980 Belair Rd, Baltimore, MD 21206. 410-485-8500

WEB ID BA210254

**AUTO MECHANIC** ASE Mechanic. Top pay, full benefits. Call 301-613-2830 or chevron2@hotmail.com

WEB ID BA214603

Automotive

**Diesel Tech** Apple Ford in Columbia is seeking experienced diesel technicians for our high volume truck shop. Benefits include: Competitive Salary, 401K, Health, Paid Training, and Paid Vacation. To apply, contact

## Help Wanted

**AUTO TECHNICIANS** Very busy Honda dealer looking for qualified techs. Benefits offered. Salary commensurate to exp. Please call Allen Robcut at 410-553-8655.

WEB ID BA212816

**AUTO TECHNICIAN** Well established automotive shop looking for general & diagnostic techs. Air conditioned shop with progressive pay scale & signing bonus. Call Steve 301-908-4365.

Aviation

**Colgan Air, Inc.** Is currently accepting resumes for:

- A&P Mechanics
- Flight Attendants
- Pilots

Based in Balto, Colgan Air offers comp salaries, exc hlth bnfs & major airline flight privileges, job security & promotional growth. For these positions, you must hold current FAA A&P Cert Email resume: francene hayes@colganair.com EOE

WEB ID BA212463

**AVIATION** Charter carrier is seeking an Aircraft Mechanic (BWI). Individual must have A & P. Requires some travel. Must have experience on MD-11 and DC-10 and a minimum of 3-5 years of total experience. Start 44K. Send resume to careers@ woa.com or visit www.worldairways.com and submit resume.

WEB ID BA201764

### B HELP WANTED

**BBSI** has immediate openings for the following positions: **Manufacturing Forklift operators HR Assistants HR Generalists Janitors Machine Operators** If you are serious about employment and can pass a drug test, please contact **BBSI** at **410-583-7711** for more information.

**BOOKKEEPER** Construction contractor seeking an exp'd Bookkeeper with 5+ yrs exp. Should include A/R, billing, A/P & payroll. Position requires strong analytical skills & knowledge of accounting software & Microsoft Excel. Construction exp. an added plus. Salary commensurate with exp. Send resume to: PO Box 72229, Balto., MD 21237

WEB ID BA211437

**BRICKLAYERS** Several locations, some scale for qualified bricklayers only. Transp/Tools a must. DFWP. 410-527-0038. www.advmanry.com

WEB ID BA210792

### C HELP WANTED

**CABLE TECHNICIAN** Needed quality oriented triple product/triple play, level 1,2, and 3. Prior exp. preferred, however WILL TRAIN right candidate. Must ladder and tools. Must have white pick-up truck/white van only. If you do not have truck we able to provide one. Call James or Hope at 410-522-4088

WEB ID BA209789

**Call Center Assistant** (Bilingual)- Baltimore agency seeks outgoing, dependable call center assistants. Screen & respond to visitors & phone inquiries; collect data & prepare reports, maintain files. Must be bilingual Spanish/English. Medical call center experience a plus. Visit www.waltonthomas.com/ resume to submit a resume or fax to 202-223-1787.

**CareersUSA** has JOBS! JOBS! JOBS! And we want YOU!

For 25 years, CareersUSA has been providing exceptional staffing services to businesses in a wide-range of industries while offering exciting career opportunities to skilled professionals throughout the country.

We are currently recruiting for special short-term projects and long-term possibilities! If you have at least one-year recent job experience in any of these fields, CALL TODAY to schedule an appointment.

HR Generalists: HR Assistants: Computer Operators: Janitors: Receptionists: Mailer-Machine Operator: Customer Service/Data Entry:

Call the Maryland office nearest you to schedule an appointment: Baltimore@careersusa.com and owingsmills@careersusa.com

Downtown Baltimore, MD 100 Water Street 410-539-6000 Pikesville, MD 1866 -C Reisterstown, MD 410-580-2700

Mention the Special Project Ad

**CARPENTERS & HELPERS** Experienced carpenters

LIGHT FOR ALL

**THE SUN**

www.baltimoresun.com

**CLASSIFIED CALL CENTER ADVERTISING NEW HOURS OF OPERATION**

**EFFECTIVE JUNE 18, 2007**

**MONDAY THRU FRIDA**

**8:30 A.M. - 6:30 P.M.**

**SATURDAY and SUNDA**

**8:30 A.M. TO 4:00 P.M**

**BUSINESS OFFICE MON-FRI, 9:00 A.M.-4:30 P**

**FOR MORE INFORMATION CAL 410-539-7700**

**THANK YOU FOR ADVERTISING W THE BALTIMORE SUN**

**COLLECTORS**, $500 SIGN ON BONUS Access Receivables in Towson is hiring experienced collectors now. Minimum 2 years experience required. Excellent salary and benefits. Call Kathy Monaldi 443-275-1737

WEB ID BA210300

**COMPUTER SOFTWARE DEVELOPER JUNIOR TO MID** Requirements: 1-3 yrs exp., ASP.NET, exp. w/ MS SQL Server, understanding of Microsoft visual studio, exp. w/ JavaScript & HTML, practical exp. MS Access development a plus, ability to work in a team environment. May require some travel. A growing company with a competitive salary, benefits & great environment. **Advantage Industries Inc** Email resume to: jobs@getadvantage.com

WEB ID BA200421

Computer **Senior Network Engineer** Microsoft Gold Partner in the Owings Mills area has an immediate opening for a Senior Network Engineer. Windows 2000 MSCE or higher a must. Experience with Cisco routers and/or Citrix MetaFrame highly preferred. Minimum 5 years senior hands-on experience required. Please email resume and salary reqs. to hire@trgnetworking.com

WEB ID BA209879

**CONCRETE FOREMAN** Must be able to read blueprints, run a job from start to finish. Aggressive and reliable. Transportation necCompetitive salary. Vacation and benefits after 6 months. Legal status is required. Work in Balto, Washington & Northern VA. Must pass background check. Many opportunities for advancement. Call 443-507-0170 or fax resume to 443-507-0171.

WEB ID BA209985

**CONSTRUCTION** General contractor seeks candidates for the following positions: Project

Construction **Project Manager** Kiddie Academy, a successful national childcare franchise company headquartered in Bel Air, MD is seeking a construction management professional w/ with complex, capital intensive ground-up construction and FF&E build-out projects. Tough on the problems, but soft on the people relationship building skills with franchisees, contractors & vendors, are essential for success in this position. Candidate must possess 3-5 years detailed project management exp with a verifiable track record and be proficient in MS-Project, Excel, Outlook, Word and PowerPoint.

This is a salaried position with excellent health care benefits, 401k matching and life insurance. Help grow a company with over 25 years of stability, a franchise concept with compelling unit economics, unparalleled in-house real estate, construction, marketing, training and field operations support. There are few other franchises that offer as comprehensive a program to their franchisees as Kiddie Academy. Please send cover letter and resume in confidence to:

Fax: 410-569-2729 Email: careers@Kiddieacademy.com Attn: Construction Project Mgr Position

WEB ID BA212407

Construction **PROJECT MANAGER** Green Contracting Co. a Baltimore, MD based mechanical contractor is seeking a Project Manager with exp. in heavy mechanical construction. Individual should have experience in the construction & renovation of both industrial ... hospital power

LIGHT FOR ALL
THE BALTIMORE SUN
www.baltimoresun.com

Wednesday June 27 2007

WE HEREBY CERTIFY, that the annexed advertisement of Order No 391931

Palmer Biezup & Henderson Llp
956 PUBLIC LEDGER BLDG
PHILADELPHIA, PA 19106

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore on Wednesday June 27 2007

The Baltimore Sun Company,

By K. Hackett

Subscibed and sworn to before me this ________ day of _____________ 20___ ,

By ________________________________________

Notary Public
My commission expires ______________________________
7123

## Cemetery Lots

**CREST LAWN MEMORIAL GARDENS** Marriottsville, Maryland, 2 lots side by side in Honor I section. Make offer 540-977-2947 or email ftijohn@aol.com

**CRYPTS (2)** Arbutus Memorial Park, valued at $7000+, asking $5000 Call 410-496-1723

**DULANEY VALLEY** Memorial Garden. 1 lot, double crypt. $3,000 Firm. Call 410-366-0677

**LORRAINE PK CEMETERY** 3 burial spaces, Sect 8, lot 455 w/monumnet space, $1800/ea. Call 717-993-3950.

**MEADOW RIDGE MEMORIAL PARK** Elkridge, 2 lots, side by side, in Rest Haven Section. $4700 for both 321-254-7132

## Legal Notices

(Legal Notice)
ORDER FOR SALE OF VESSEL
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
REGAL BANCORP, INC., Plaintiff
vs.
M/Y CLIPPER CITY (USCG Official No. 688904), Defendant, in rem
Case No. MDQ 07-1315
Location: 803 Light Street, Baltimore, Maryland 21230

The Motion of Plaintiff, Regal Bancorp., Inc., for an Order for Auction Sale of the Motor Vessel M/Y Clipper City, having been read and considered, and the Court finding that the Defendant Vessel was arrested by the United States Marshal on May 18, 2007, that no security for the release of the Vessel has been posted, that the Vessel is still in the custody of the Substitute Custodian appointed herein, that further excessive and disproportionate expense will be incurred for the maintenance and preservation of the Vessel while in the custody of the Substitute Custodian and that it is in the best interest of all parties that a sale of the Vessel be made promptly, it was on the 6th day of June, 2007, by the United States District Court for the District of Maryland,

ORDERED, that pursuant to Supplemental Rule E of the Federal Rules of Civil Procedure and Local Admiralty Rule (e) (12), the United States Marshal for the District of Maryland is authorized and directed to and will sell the Motor Vessel M/Y Clipper City (USCG Official No. 688904), its engines, tackle, and apparel, at public auction, at 10:00 A.M. on Monday, the 9th day of July, 2007, at 803 Light Street, Baltimore, Maryland 21230, for cash to the highest bidder upon the following terms:

(a) The person whose bid is accepted shall immediately pay the U.S. Marshal the full purchase price if the bid is $1,000 or less. If the bid exceeds $1,000, the bidder shall immediately pay a deposit of at least $1,000 or 10% of the bid, whichever is greater, and shall pay the balance within three days after the day on which the bid was accepted. If an objection to the sale is filed within that three-day period, the bidder is excused from paying the balance of the purchase price until three days after the sale is confirmed. Payment shall be made in cash, by certified check, or by cashier's check drawn on banks insured by the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation. If the successful bidder does not pay the balance of the purchase price within the time allowed, the bidder shall be in default. In such a case, the judicial officer may accept the second highest bid or arrange a new sale. The defaulting bidder's deposit shall be forfeited and applied to any additional costs incurred by the Marshal because of the default, the balance being retained in the registry of the Court awaiting its order.

(b) By order of the Court, Plaintiff Regal Bancorp, Inc, shall have the right to make a credit bid in an amount up to the full amount of its First Preferred United States Ship's Mortgage, including all expended fees, costs and interests as such Mortgage and related Promissory Note provide. In the event

DESCRIPTION AND PARTICULARS ARE NOT GUARANTEED. The highest bidder shall be responsible for all costs of storage, slip fees, insurance and other costs and expenses associated with the Vessel as of the date of confirmation of the sale. All risk of loss shall pass to the highest bidder at the time of confirmation of the sale. The Vessel may be inspected by appointment and with the permission of the Substitute Custodian, Bryan Braley, LAB Marine, Inc., 4802 Skinners Neck Road, Rock Hall, Maryland 21681, 800-308-6798. Persons inspecting the Vessel do so at their own risk.

Johnny L. Hughes
United States Marshal
6115 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
J. Stephen Simms, Esq.
(Bar No. 4269)
Plaintiff's Attorney
Simms Showers LLP
Suite 702
20 S. Charles Street
Baltimore, Maryland 21201
(410) 783-5795

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
DOMESTIC RELATIONS BRANCH - ADOPTION
EX PARTE IN THE MATTER OF THE PETITION OF T.L.M. FOR ADOPTION OF AMBER MONEE MALLORY
DOB: 1/1/07
ADOPTION CASE NO. A-57-07
JUDGE KAYE K. CHRISTIAN
POSTED NOTICE OF ADOPTION PROCEEDING AND ORDER TO SHOW CAUSE

Robert Johnson, YOU ARE HEREBY NOTIFIED that an adoption petition is pending before the Superior Court of the District of Columbia concerning the minor child, Amber Monee Mallory, born on January 1, 2007, to Kristie Lynn Mallory.

YOU ARE HEREBY ORDERED to appear for a Show Cause Hearing scheduled on August 3, 2007, at 9:00 a.m. in Courtroom JM-7 before Judge Kaye K. Christian.

You have the right to seek custody of the minor child or to challenge the adoption. However, in order to do so, you must either appear at the Show Cause Hearing, or, prior to the hearing, file a written objection with: Central Intake Center, Family Court, JM Level, Superior Court of the District of Columbia, 500 Indiana Avenue, N.W., Washington, D.C. 20001

If you do not want to seek custody or challenge this adoption, you may consent to the adoption or relinquish the child to a licensed child-placing agency. Please contact the child's social worker: Sandra Fulton, LGSW, Director of Domestic Programs, The Barker Foundation, 7979 Old Georgetown Road, First Floor, Bethesda, MD 20814 (301) 664-9664.

You may retain counsel to represent you in these proceedings.

Your failure to respond to this Notice of Adoption Proceeding and Order to Show Cause can result in the waiver of your consent to the adoption, the termination of your parental rights forever, and the loss of of all your rights to this child or these children. Unless you appear for the show cause hearing, you may not receive notice of subsequent court action and proceedings in the case.

JUDGE KAYE K. CHRISTIAN
Date: May 30, 2007

In the U.S. District Court, District of Maryland: Notice is given that Drones Marine LLC, as owner of the FLYING COLOURS, has petitioned for exoneration or limitation of liability for all claims arising out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007. The Court has ordered all persons asserting any claim with respect to said incident to file a written claim with the Clerk of Court, 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, no later than July 27, 2007, and to serve a copy thereof on Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner.

In accordance with the provisions of Article VIII, Section 6 of the Baltimore City Charter 1996 Edition Notice is hereby given that application has been made

At Frankford Nursing and Rehabilitation Center, No person shall on the grounds of race, color, age, sex, national origin, ancestry, or disability, be excluded from participation, denied benefits of, or otherwise be subject to discrimination in the provision of any care, service, or admission.

## Announcements/Greetings

### LOST & FOUND

**BIRD:** Cockatiel, gray, yellow, white w/pale orange cheeks. REWARD! 410-878-0853.

**DOG:** Yellow Lab. Male. Lost 6/23 in Caves Rd area, Owings Mills. 443-677-6470

## Personal Interests

**MUSIC LESSONS** $15.00/hour, visit www.swiftmusic.net 301-490-1342.

**YOUNG, EDUCATED COUPLE** in Harford County looking to ADOPT 1 or 2 newborn babies. Will pay all medical expenses. Contact Tracy at 410-392-2915

## Transportation Services

### TOURS, TRIPS, VACATIONS

**VACATION TO THREE SOUTHERN ISLANDS** $750. Call Gary at 410-663-2827.

## Help Wanted

### HELP WANTED

AAActivism
**Summer Jobs**
**With Environment MD**
**$300-500/wk**
- Fight global warming!
- Work w/ great people
- Make a difference

Career opp. available.
**Call Sandy 410-467-0720**
www.jobsthatmatter.org
WEB ID BA209094

Accounting
**CONTROLLER/CFO**
International architecture, planning & design firm located in Canton seeks experienced, hands on, Controller/CFO to lead its highly effective accounting team. Responsibilities include overseeing all financial aspects of the firm including Financial Statement prep, Strategic Planning, Cash Management, Coordination with Auditors, Project Reporting & Supervision of HR Dept. Must be a good communicator and detail oriented with strong analytical skills. Experience with BST & Crystal Reports a plus. Competitive salary & benefits. Send resume to LAF, 10 Music Fair Rd, Owings Mills, MD 21117, or email to **laf@hertzbach.com**
WEB ID BA221189

**Accounting**
Tax accountant wanted for busy fuel distributor located in Columbia, MD. Must be able to meet frequent deadlines, work well within a team, be well organized, approach problems in a systematic way and work to a satisfactory resolution. Also requires excellent communication skills and intermediate level skills in MS Excel. Bachelor's in Accounting with two years work exp. Degree is preferred, but not req. Work exp can be substituted for degree. Excellent pay and benefits package. Contact (443) 430-8800. Fax resumes to 410-312-3874.

# Career Training

**Call Now**
**BARTENDING**
Certified in 1 or 2 weeks
Job Placement Assistance
Day or Evening Classes
**Baltimore Bartender School**
**410-685-1594**

**LPN TRAINING** Become a Licensed Practical Nurse (LPN) in 12 months! Very low tuition Call Aiih: 703-486-0111. Your success is guaranteed. Transportation to schl provided.

**CDL TRAINING**
Allstate Career
410-631-1818

**Ultrasound Tech**
**PREPARE FOR A NEW LIFE!**
Make a difference, even with the little ones as an Ultrasound Technician. Train in less time than you think!
**Career Services Available**
Financial Aid for those who qualify.
Training includes an externship!
**For a Brochure, Call now!**
**888-766-2433**
**Sanford-Brown Institute**
8401 Corporate Drive
Suite 500
Landover, MD 20785

## Help Wanted

**Assemblers**
**OPEN HOUSE**
**SATURDAY JUNE 30TH, 8am - 12pm**

CSS Antenna, a large provider of antennas to the Cellular Carriers, has immediate openings for assemblers and RF Technicians in our Edgewood MD facility. We are looking for high quality, detail oriented, and reliable people to perform light assembly, solder, and RF cabling. Mechanical assembly and soldering experience is required.

CSS Antenna offers competitive wages and an excellent benefit package including, Care First Blue Choice HMO, 401K with matching, life and disability insurance. These positions are permanent jobs, with long term potential.

CSS Antenna is an equal opportunity employer. Please e-mail resume to dees@cssantenna.com Fax: 410-612-0336, OR STOP BY OUR OPEN HOUSE Saturday June 30th 8:00-12pm, 2206D Lakeside Blvd, Edgewood, MD 21040.
**Hiring qualified candidates on the spot.**

**BANKING**

**1ST MARINER BANK**

1st Mariner Bank is seeking TELLERS
**PART TIME TELLER:** CARROLL ISLAND
**FULL TIME TELLERS:** BEL AIR, ELLICOTT CITY, GLEN BURNIE, WHITE MARSH, & WOODLAWN
These positions are not summer positions, they are permanent.
**To apply: go to www.1stmarinerbank.com, click: About Us/Career Opportunities.**
1st Mariner enjoys a drug/alcohol/smoke-free workplace. Must be prepared to present evidence of authorization to work in US on full-time basis. E.O.E./MFDV
WEB ID BA211983

**ARCHITECTURAL WOOD WORKING**
The Washington Wood Working Co. located in Lendover, MD is seeking an exp'd Architectural Woodworking Proj Mgr for high end custom mill work projects. Competitive salary & bnfts. Email resume to : mad@washingtonwoodworking.com or fax 301-341-2512
WEB ID BA221186

**IMMEDIATE!**

**AUTO :** 1 ASE Tech, 2 Svc Techs, 1 Trans Tech. $10-22/hr. Paid weekly. Own tools. Immed openings. 443-844-8699

**AUTO**
Assistant Manager/ Tech. Must have 3 years automotive experience; technicians must have own tools. 410-486-1586.

**AUTO MECHANIC**
ASE Mechanic.
Top pay, full benefits.
Call 301-613-2830 or chevron2@hotmail.com
WEB ID BA214603

**AUTOMOBILE SALES**
**Top Guns Wanted**
Very busy 70-90 use car store in need of 2 experienced salesmen, top 2 salemen made well over $100K last year. We offer 45 hour work week, no Sundays, medical and dental insurance, 401K plan, and paid vacation. The opportunity is yours to make a lot of money. Apply in person at: Cook Motorcars in Aberdeen, MD, Rt. 40 & Rt. 7 or call and ask for Buddy or Paul.
WEB ID BA211578

**Automotive Tech**

## Help Wanted


Over 1,9
jobs.
So many jobs, so

CareerBuilder.com is the nation's largest job website, listing 1,900,000 jobs from more than 250,000 employers. With chances like that, you're more than likely to find the perfect opportunity. Look in *The Sun*, or visit CareerBuilder.com today.

TH
Ca

Sources: comScore Media Metrix, CareerBuilder Network, January 2006, October 2005, Cozan
CareerBuilder.com Internal Site Statistics, January 2006.


**Automotive Business Manager**
**Anderson Automotive** is looking for an experienced Business Manager for its Honda Dealership located at Howard and 25th Sts. If you know you are capable of doing better, it is

**AUTOMOTIVE**
**RUN YOUR OWN DEAL**
Tired of the politics of the big stores? Independent dealer needs honest, hard working, take charge person who can do it all. 6 figure income potiential. Call Mr. Chell @ 410-790-0987

**AUTOMOTIVE - PARTS**

**BEAUTY SALON RECEPTIO**
BELLA Canton voted Baltimore's Best! We hi personality! Excellent n tasking, problem solv and upsale skills. Client attitude, Experience a p Competitive Pay, Paid V Bonus Incentives.
Call to email or fax resu
#410-327-7872
**Manicurist-**

LIGHT FOR ALL
THE BALTIMORE SUN
www.baltimoresun.com

Wednesday July 4 2007

WE HEREBY CERTIFY, that the annexed advertisement of Order No 391931

Palmer Biezup & Henderson Llp
956 PUBLIC LEDGER BLDG
PHILADELPHIA, PA 19106

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore on Wednesday July 4 2007

The Baltimore Sun Company,

By K. Hackett

Subscibed and sworn to before me this ________ day of _____________ 20___ ,

By ______________________________________

Notary Public
My commission expires ____________________________
7123

## Cemetery Lots

**CREST LAWN CEMETERY** 2 burial plots, plus 2 vaults, $6200. 423-764-2857; 410-796-8690.

**DULANEY VALLEY** Memorial Garden. 1 lot, double crypt. $3,000 Firm. Call 410-388-0677

**GARDENS OF FAITH** 3 cemetery lots, half price. Please call at 410-254-8098

## Proposals

Towson University - West Village Infrastructure Scope of Work: Electrical Duct bank/ Asphalt Paving & Markings/ Surveying/ Geotech, Inspection/ Landscaping/ Hardscapes/ Retaining Wall & Metal Handrail/Wet Utilities/ Earthwork & Demo. Owner: Towson University Project Location: (Cross streets Towsontown Blvd. & Osler Drive) CM: Whiting-Turner Contracting Co. - Main Office - 300 E. Joppa Rd. Baltimore, MD 21286 - Ph. 443-677-0695, Fax 410-337-5807. Bid Packages: 01A-Surveying, 02A-Earthwork/Demo/Wet Utilities/ Curb&Gutter/Asphalt Paving, 02H-Landscaping & Hardscapes, 02N-Elec. Ductbank, 02F-Site Lighting, 02E-Retaining Wall H-Piles, 02J-Retaining Wall Concrete Veneer, 05A-Metal Handrail. Bid Schedule: Bid Documents will be available on or about 7/6/2007. Sealed bids due to W-T's main office on 7/25/2007, no later than 2:00 pm. Attn: Scott Wilhelm (Owens Group) Pre-Bid Meeting: 7/11/2007 at Towson University at 10:00 A.M. in Towson Run Apartments (First floor Multipurpose). Bid Documents available at the following locations: Whiting-Turner Contracting Co. (review onsite only) 300 East Joppa Rd., 8th Floor, Baltimore, MD 21286, McGraw Hill Dodge Plan Room, 8501 LaSalle Road, Suite 204 Towson, MD 21286, Phone 410-821-8046, Maryland Washington Minority Contractors Association, 1107 North Point Blvd. Suite 227, Baltimore, MD 21224, Phone 410-282-6101, MD/DC Minority Supplier Develop. Council, 10770 Columbia Pike, Lower Level Suite L100, Silver Spring, MD 20901, Phone 301-592-6700, MBC Precision Imaging, Phone 410-296-3525, E-mail: towson@mbcpi.com, CMC Repro. & Assoc., Inc., 8847 Orchard Tree Lane, Towson, MD 21286, Phone 410-339-5390, E-mail: cmcrepro@aol.net

City of Baltimore Department of Finance Bureau of Purchases

Sealed proposals addressed to the Board of Estimates of Baltimore, will be received until, but not later than 11:00 a.m. local time on the following date (s) for the stated requirements:

JULY 25, 2007 VEHICLE UPHOLSTERY SERVICE B50000002
AUGUST 1, 2007 PROVIDE CCTV MONITORING SYSTEM FOR DESIGNATED AREA OF CITY OF BALTIMORE B50000001

Copies of the above listed bid documents are available for download at www.govbids.com or at the Bureau of Purchases. Copies of the above listed bid documents are available for $5.00 per copy which payment will not be refunded. Make check or money order payable to Director of Finance, or City of Baltimore.

Visit our website: www.baltimorecity.gov

## Legal Notices

In the U.S. District Court, District of Maryland: Notice is given that Drones Marine LLC, as owner of the FLYING COLOURS, has petitioned for exoneration or limitation of liability for all claims arising out of the loss of the Vessel and her crew on the high seas on or about May 7, 2007. The Court has ordered all persons asserting any claim with respect to said incident to file a written claim with the Clerk of Court, 101 W. Lombard Street, Room 4415, Baltimore, MD 21201-2691, no later than July 27, 2007, and to serve a copy thereof on Palmer Biezup & Henderson LLP, 222 Prince George Street, Suite 102, Annapolis, MD 21401, attorneys for Petitioner.

The family of Harold Elkin has requested authorization from the State's

## Legal Notices

CITY OF BALTIMORE
DEPARTMENT OF TRANSPORTATION

PUBLIC NOTICE
ESTABLISHMENT OF GRADES

The Chief of the Transportation & Construction Engineering Division, designee of the Director of the Baltimore City Department of Transportation, will be in her office, Room 732, Charles L. Benton, Jr., Building, 417 East Fayette Street, Baltimore, Maryland 21202 on July 6, 2007, from 10:00 A.M. until 12:00 noon for the purpose of hearing and considering protests and to explain matters in connection with re-establishing the grade of the following new streets in the plans for Public Works Developer's Agreement No. 1014.

This include:

1. Dillon Street from Station 0+00 to Station 5+21.
2. Dillon Place from Station 0+00 to Station 3+85.5. Streets located off of the 900 Block of Oldham Street.

Margaret B. Martin, P.E., Chief
Transportation Engineering and Construction Division

Alfred H. Foxx, Director
Department of Transportation

## Help Wanted

**A HELP WANTED**

**Accounts Payable**

Non-profit foundation in downtown Baltimore seeks an Accounting Specialist for Accounts Payable. Position will provide clerical accounting support to the Finance team. Duties include processing all administrative vendor and employee related payments. Associates or Bachelor's degree with a major in accounting and/or any combination of education and experience that meets the requirements of the job. Three years relevant accounting experience is required. To apply, please visit www.aecf.org.

WEB ID BA212878

**Activity Coordinator**
• Independent Living Activities Asst. F/T
• Activities Coordinator-Memory Enhancement P/T
**Vantage House** is an EOE. Please send resume to Vantage House 5400 Vantage Point Road, Columbia MD. 21044. You may fax resume to 410-992-1304 or send email to robersonconnie@lcsnet.com.

WEB ID BA201519

**ADMINISTRATOR/ PRINCIPAL**
Needed for a small Christian Day School PreK-5th grade and extended care; Responsible for supervision of staff, parent/student relationship, curriculum development and facility management. Current Teacher Certificate, State of MD required. Masters or Bachelor +30 (Master equivalent) and min 5 yr teaching experience. Salary based on experience includes benefits. Submit resume to: School Board Pilgrim Lutheran Christian Day School, 7200 Liberty fax: 410 484-6692 or email to: pcds@bcpl.net

WEB ID BA209443

**ADMINISTRATIVE ASSISTANT**
Independent school in Lutherville. P/T: Start in Aug. Reqs: 5 yrs admin exp, strong clerical, computer & comm skills.

Resume: Debbi Parr, HR Dir., Montessori School, 10807 Tony Drive, Lutherville, MD 21093 or fax to 410-321-8566.

WEB ID BA212912

**AUTO**
Assistant Manager/ Tech. Must have 3 years automotive experience; technicians must have own tools. 410-486-1586.

**IMMEDIATE !**
**Auto Body Man**
Busy shop needs experienced body man
Apply in person to Bill Billett at Bob Davidson Ford, 1845 E.Joppa Rd.
410.661.6400 ext 297

**AUTO COLLISION ESTIMATOR.** Salary + benefits. Reisterstown Auto Body. 410-833-2271.

WEB ID BA209377

**AUTO MECHANIC**
ASE Mechanic.
Top pay, full benefits. Call 301-613-2830 or chevron2@hotmail.com

WEB ID BA214603

**AUTO MECHANIC** for busy shop, over $1000/wk

**AUTOMOBILE SALES**
**Top Guns Wanted**
Very busy 70-90 use car store in need of 2 experienced salesmen, top 2 salemen made well over $100K last year. We offer 45 hour work week, no Sundays, medical and dental insurance, 401K plan, and paid vacation. The opportunity is yours to make a lot of money. Apply in person at: Cook Motorcars in Aberdeen, MD, Rt. 40 & Rt. 7 or call and ask for Buddy or Paul.

WEB ID BA211578

Automotive

Len Stoler Lexus has a rare opportunity. Due to our huge sales volume, we are expanding our operation and are seeking (2) new experienced car sales professionals that possess excellent C.S.I. and a desire to join a team that is #1 in the industry, year in and year out. We offer a very aggressive pay plan, as well as a full benefit package. Please contact Dene Spealman by phone at (410) 925-4974 or via e-mail at: dspealman@lenstoler.com

WEB ID BA209402

**AUTOMOTIVE**
Business is booming and we have immediate openings for the following positions:
• Title Clerk
• Quick Lube Tech
• Porter/Lot Person
• Shuttle Driver
We offer an excellent pay plan and benefits package. Call Mike Nestor or apply in person:
**Dulaney Lincoln Mercury 410-667-1700**

WEB ID BA209418

**AUTOMOTIVE**

**RUN YOUR OWN DEAL**
Tired of the politics of the big stores? Independent dealer needs honest, hard working, take charge person who can do it all. 6 figure income potential. Call Mr. Cheil @ 410-790-0987

**AUTOMOTIVE**
ICAR Certified Technicians needed to join growing body shop and dealership in Cockeysville. Great pay plan and benefits. Call Chris 410-666-9600 x 263, Monday-Friday 8-5.

WEB ID BA206476

Automotive
**RV MECHANIC**
New company, new opportunity, unlimited potential. Call Vince 410-388-2006 or 410-599-4959

**Automotive Painting**
Auto body shop seeks exp'd painters' helpers & bodymen. Good pay & bnfts. Call 410-433-4338

**Call Now**
**Auto**
**Oil and Lube Technician**
Immediate opening for an oil and lube/light maintenance technician. Quick Lane Tire & Auto, 1845 E. Joppa Rd., Beltway exit 30-B. Apply to Tony 443.461.1150

Auto Sales

Mile One, Heritage AutoPark in Owings Mills is
**HIRING!!**
Join one of the largest

# Career Training

**Call Now**

**BARTENDING**
Certified in 1 or 2 weeks
Job Placement Assistance
Day or Evening Classes
**Baltimore Bartender School**
**410-685-1594**

**CDL TRAINING**
Allstate Career
410-631-1818

apartments.com.
Find the perfect apartment.
5018075A

## Help Wanted

**C HELP WANTED**

**CABINET INSTALLER & LAMINATOR**
Leading Custom Cabinetry Company, specializing in Home Offices, Entertainment Centers and Personal Organizational Systems, taking applications for Laminators and Cabinet Installers. Opportunities for individuals who are diligent, dependable with min. 1 yrs exp. for Laminator, or 3 yrs experience in custom cabinet installation. Positions require strong work ethic, problem solving, customer service and a desire to excel. Must have own tools. Drug testing & valid MD driver's license required. E-mail resume to mjohnson.closetfactory@verizon.net

closetfactory
**410-247-4400**

WEB ID BA203443

**CARPENTER HELPER**
Est outdoor company is looking for a carpenter's helper for year round work. Duties include assisting in framing, trim, deck building and general handy work. The applicants must supply their own basic tools. This is an hourly position, with fringe benefits and 401-k available. Fax resume to 410-666-0653 or Email hr@lothorian.com

**CARPENTERS**
Experienced Framing and Siding Mechanics 410-483-7015 or fax resume 410-483-7014

WEB ID BA212838

**CARPET AND VINYL SUBCONTRACTOR INSTALLERS** Fully insured. Please call 410-675-5444.

WEB ID BA214662

**CARPET CLEANERS**
**NO EXPERIENCE NEEDED**
**EXCELLENT PAY $600-800 PER WEEK TO START**
**EXPERIENCED TECHS EARN EVEN MORE $$$**
**Call Richard 410-242-4020**

**CLINICAL RESEARCH COORDINATOR** for asthma/allergy group, 30-40 hrs/wk. fax resume and salary req to: Dr.Matz at 410-931-0405.

WEB ID BA214668

**Computer**

Pace Computer Solutions Inc. seeks Software Professionals: Project Team Leader/Software Engineers w/ design & development exp. & Programmer Analysts w/ systems analysis & development, QA Testing, Senior Network/Admin, configuring, integrating & securing networking systems. Exp. w/several of the following skills (as applicable): ERP/CRM: Oracle Appli, Siebel, Peoplesoft, Broadvision & SAP. Databases: Oracle, Informix, Sybase, SQL Server & DB2. Development Tools: C, C++, VC++, VB, PB, Lotus Notes. Web Tools: J2EE, Java, EJB, XML, .NET, ASP, Visual Interdev, MTS & PERL/CGI. Web Appli Servers: WebLogic, WebSphere, ColdFusion, ATG, IIS. Datawarehousing: Business Objects, Brio, Informatica, Microstrategy, Cognos & ERWIN. Systems Admin w/ exp. in several of the following: UNIX, Windows, Solaris, AIX, HP; LAN/WAN Admin, Database Admin & CISCO Engineering. Senior

**CONSTRUCTION**
**Senior Multi-family Project Manager**
**Senior Commercial Project Manager**
**Estimator**
Doracon Contracting, Inc. an expanding and well established general contractor located in the Baltimore/Washington area, is seeking individuals with at least 10 years exp. in commercial and/or multi-family housing construction. If you are a leader looking for real growth opportunity, come grow with us. For consideration, please fax or email your resume and salary requirements to: 410.558.2858 or HR@doracon.com

WEB ID BA211572

Construction
**Quality Control Representatives**
Grimberg Company is now seeking graduate engineers, architects, construction manager's with 3-10 years experience in construction to work at Aberdeen Proving Grounds and Fort Meade. Great oppty for semi-retired engineers or retired military officers. Pls fax resume/inquiry to: 301-881-4938 or apply online at: www.grimberg.com EOE

WEB ID BA214653

Construction
**SUPERINTENDENTS**
Wolverine Construction, a commercial general contractor, is in immediate need of F/T Superintendents for Church, Retail & Medical projects loc in the Balto/Wash area. Min 5 yrs exp req'd. Competitive salary. Benefits package includes fully paid medical & dental coverage, vehicle or allowance, generous annual vacation & retirement plan. Fax Resume to: 410-415-5680 or email: employment@wolverineconstructioninc.net

WEB ID BA214672

**CREDIT ANALYST**
The C. Hoffberger Co. has an immed oppty for an exp'd credit & collection analyst. Primary duties incl collection of our residential A/R account base, support of our customer satisfaction objectives, initiation of new accts & coordination of accts referred for outside collection. Qualified candidates will have relevant collection exp & familiarity w/business computer applications. Candidates should demonstrate strong team work and professional behavior as well as effective verbal & written communication skills. Interested candidates should send their res w/sal req to: C. Hoffberger Co., 1400 Ceddox St., Balto., MD 21226. 1-800-892-4765 email: scollins@championenergy.com

WEB ID BA214682

Customer Rep

**COLLEGE STUDENTS & '07 HS Grads**
$16 base-appt. FT/PT scheds, sales/svc, no exp nec, all ages 17+, conditions apply. Call Now!

| | |
|---|---|
| Baltimore Co | 410-823-2050 |
| AnneArundelCo | 410-721-6662 |
| Harford Co | 410-838-5550 |
| Howard Co | 410-740-0077 |
| Carroll Co | 410-857-1282 |

**CUSTOMER SERVICE:** YOU are needed for customer service team player in

## Help Wanted

Over ... jobs.

So many jo...

CareerBuilder.com is ... nation's largest job we... listing 1,900,000 jobs fro... than 250,000 employers... chances like that, you're ... than likely to find the ... opportunity. Look in *The* ... visit CareerBuilder.com t...

Sources: comScore Media Metrix, CareerBuilder Network, Janua... CareerBuilder.com Internal Site Statistics, January 2006

**DISPATCHER**
Large Regional Solid Waste hauling co. is now accepting applications for the position of dispatcher. Qualified Applicants must possess:
•Geographical knowledge of the Baltimore Area
•The ability to multi-task
•Dependable
•Excellent customer service skills
•Computer Literacy
•Flexibility to work Sat.
Wages: $50K/year potential. Exc. employee bnfts when eligible, include 401k, health insurance, paid holidays, paid vacations, life insurence.
Please fax or email

**DRIVER** Local auto transport co. seeks class A CDL driver. Exp necessery. 410-939-9222.

WEB ID BA207048

Drivers
**TRUCK DRIVERS**
If you have at least one year commercial driving experience, hold a valid Class B with a tanker endorsement, free of accidents/ moving violations for past 12 months and are able to supply a current copy of your driving record. We have a future for you. Wages based on exp. with an excellent benefit package. Apply in person: