IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of Complaint of:<br>DRONES MARINE LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability | CIVIL ACTION<br>IN ADMIRALTY<br><br>No. 1:07-1424-WDQ |

**CERTIFICATE OF SERVICE**

Stephen M. Calder, Esq., counsel for Petitioner, hereby certifies that in accordance with the Court's Order and Monition entered on June 12, 2007, true and correct copies of the Civil Cover Sheet; Complaint; Declaration of Value; Restraining Order, Order for Issuance of Monition, Order that Claims be Filed with Clerk, and Legal Notice; Order for Security for Costs; Cost Bond; and Monition, were sent on June 15, 2007, by Priority Mail with Delivery Confirmation to:

Christine Grinavic
c/o Mary Grinavic
71 Roland Street
Cumberland, RI 02684

Patrick Topping III
c/o Patrick J. Topping, Jr.
104 Trillium Terrace
Macon, GA 31210

Patrick Topping III
c/o James and Diana Rodgers
P.O. Box 392
Bolingbroke, GA 31004

Jason Franks
c/o Ronald and Carol Dale
20 Seaview Avenue
North Kingston, RI 02852

Jason Franks
c/o Earnest William Franks
108106 Hilltop Drive
New Port Richey, FL 34654

Rhiannon Borisoff
c/o Michael and Lynne Borisoff
2809 Baker Street
Baker City, Oregon 97814

Rhiannon Borisoff
c/o Garyn Whatmough
P.O. Box 364
Newport, RI 02840

PBH: 191332.1

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By: /s/ Stephen M. Calder
Stephen M. Calder
Bar No. 05660
620 Chestnut Street, Suite 956
Philadelphia, PA 19106-3409
Ph. (215) 625 9900
Fax (215) 625 0185
Email: scalder@pbh.com

Attorneys for Petitioner

Dated: July 20, 2007