FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 JUL 26 P 3:57
CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

*****************************************

| | | |
|---|---|---|
| **In the Matter of the Complaint of: DRONES MARINE LLC as Owners of "Flying Colours," a 54-foot 1992 Little Harbor Recreational sloop, for Exoneration or Limitation of Liability** | * * * * * * | **Civ. Act. No.: ~~07-cv-1424-WDQ~~** |

*****************************************

**CLAIM OF MARY GRINAVIC, PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTINE GRINAVIC**

Now comes Mary Grinavic, Personal Representative of the Estate of Christine Grinavic, and makes claim against the above-named Drones Marine LLC., owner and operator of the FLYING COLOURS and says as follows:

1. The Claimant, Mary Grinavic, a resident of Cumberland, Rhode Island, and personal representative of the Estate of Christine Grinavic, brings this action for the benefit of the Estate of Christine Grinavic to recover damages resulting from the injury to and death of the decedent Christine Grinavic.

2. The Petitioner, Drones Marine LLC, is a corporation duly organized under the laws of the State of Rhode Island and at all relevant times to this action, owned, operated and controlled the FLYING COLOURS.

3. On or about May 7, 2007, and at all times mentioned herein, Claimant's decedent was in the exercise of due care in the performance of her duties and was employed by the Petitioner as a seaman and member of the crew of the FLYING COLOURS.

4. On or about April 30, 2007, the FLYING COLOURS departed St. Thomas, Virgin Islands on a voyage in a dangerous and unseaworthy condition. Thereafter, on or about

May 7, 2007, the FLYING COLOURS, while in a dangerous and unseaworthy condition and not properly equipped, supplied, tight, staunch, strong, stable and fit for use as a sailing vessel and in all respects unseaworthy, was caused to sink causing the loss of the FLYING COLOURS, the loss of life, personal injuries and property.

5. The sinking and the loss of life, personal injuries and property of the crewmembers was not caused or contributed to and by any fault or neglect on the part of the Claimant's decedent, but was caused by the dangerous and unseaworthy condition of the FLYING COLOURS, which unseaworthiness was within the privity and knowledge of the vessel's owners and operators at the inception of the voyage in questions and by the fault, negligence, neglect, want of due care, gross negligence, willful, wanton, reckless misconduct of the FLYING COLOURS' owners, operators and those in charge of said vessel. Said unseaworthiness and wrongful conduct consisted of the following, including, among others, which will be more fully shown in the trial of this cause:

a. The FLYING COLOURS was not properly equipped, supplied, tight, staunch, strong and was not fit for use as a sailing vessel and in all other respects dangerous and unseaworthy;

b. The FLYING COLOURS had inadequate, dangerous and inoperable equipment and appurtenances;

c. Design and construction of the vessel was dangerous, unsafe, unstable and unfit.

d. The FLYING COLOURS failed to have life saving equipment that was in proper working order.

e. The FLYING COLOURS had defective communication and electrical systems.

6. As a result of the said sinking, Claimant's decedent, who, on May 7th 2007, was a seaman and member of the crew on board the FLYING COLOURS, was caused to suffer severe personal injuries which resulted in her death.

7. Claim is hereby made by the Claimant as personal representative of the Estate of the decedent for compensation for the indescribable horror and agonizing physical, mental and emotional suffering and conscious pain and suffering which preceded her death and for the value of decedent's gear, clothing and other personal possessions which were lost in the aforesaid catastrophe all in the amount to be determined by a jury.

8. Claim is hereby made by the Claimant for the decedent's wrongful death, on behalf of the decedent's estate, dependents and/or beneficiaries for the loss of support; loss of services; and for reasonable funeral and/or memorial expenses all in the amount to be determined by the jury .

9. This claim resides within the admiralty and maritime jurisdiction of the United States and the Diversity Jurisdiction of the Honorable Court pursuant to 28 U.S.C., Section 1332. The Claimant seeks relief under the Death on the High Seas Act, 46 USC 30301, et seq., the Jones Act, and the General Maritime Law.

10. Claimant reserves the right to amend or supplement this Claim to assert such other and further facts or allegations as later may become known.

11. This Claim is being made under protest and without prejudice to the Claimant's contention that this Limitation and Exoneration Petition is improper and should be dismissed because this court lacks jurisdiction since Petitioner has failed to comply with Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Based on the aforegoing, said Petition should be dismissed.

WHEREFORE, the Claimant demands judgment be entered or decree issue against the Petitioner in the total amount to be determined by the jury.

THE CLAIMANT DEMANDS A TRIAL BY JURY ON ALL ISSUES CONTAINED IN HIS CLAIM.

Respectfully Submitted for the Claimant
MARY GRINAVIC

Robert M. Schwartzman

**Robert M. Schwartzman, Esq.**
**Trial Bar # 01092**
**RESNICK & SCHWARTZMAN, LLC**
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Carolyn M. Latti, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com
dberg@lattianderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Robert M. Schwartzman

Robert M. Schwartzman, Esq.
Trial Bar # 01092
RESNICK & SCHWARTZMAN, LLC
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Dated: July 26, 2007