FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 JUL 26 P 3:57
CLERK'S OFFICE
AT BALTIMORE
BY________DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

******************************************

| | | |
|---|---|---|
| **In the Matter of the Complaint of: DRONES MARINE LLC as Owners of "Flying Colours," a 54-foot 1992 Little Harbor Recreational sloop, for Exoneration or Limitation of Liability** | * * * * * * | **Civ. Act. No.: 07-cv-1424-WDQ** |

******************************************

**APPEARANCE OF ROBERT M. SCHWARTZMAN**

Please enter my appearance as counsel for the following parties:

1. Michael Borisoff, Personal Representative of the Estate of Rhiannon Borisoff,

2. Carol Dale, Temporary Conservator/Personal Representative of the Estate of Jason H. Franks, and

3. Mary Grinavic, Personal Representative of the Estate of Christine Grinavic.

Respectfully submitted,

Robert M. Schwartzman

**Robert M. Schwartzman, Esq.**
**Trial Bar # 01092**
**RESNICK & SCHWARTZMAN, LLC**
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Carolyn M. Latti, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com
dberg@lattianderson.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Robert M. Schwartzman

Robert M. Schwartzman, Esq.
Trial Bar # 01092
RESNICK & SCHWARTZMAN, LLC
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Dated: July 26, 2007