FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 JUL 26 P 3:57
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

******************************************

| | | |
|---|---|---|
| **In the Matter of the Complaint of:** | * | |
| **DRONES MARINE LLC as Owners of "Flying Colours," a 54-foot 1992 Little Harbor Recreational sloop, for Exoneration or Limitation of Liability** | * | **Civ. Act. No.: 07-cv-1424-WDQ** |

******************************************

**ANSWER OF MICHAEL BORISOFF, PERSONAL REPRESENTATIVE**
**<u>OF THE ESTATE OF RHIANNON BORISOFF</u>**

Now comes the Claimant in the above-entitled action, by his attorney, and makes the following Answer to the Petition of DRONES MARINE LLC for exoneration from or limitation of liability, civil and maritime, and says as follows:

1. Admit.

2. Admit.

3. Admit.

4. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in Paragraph Four and therefore denies the same.

5. The Claimant admits that the vessel and crew went missing and that the Vessel has not been found and is therefore presumed lost. The Claimant denies the remaining allegations contained in Paragraph Five.

6. Denied.

7. Denied.

8. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in Paragraph Eight, and therefore denies the same.

9. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in Paragraph Nine, and therefore denies the same.

10. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in Paragraph Ten, and therefore denies the same.

11. Denied.

12. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in Paragraph Twelve, and therefore denies the same.

13. Denied.

14. Denied.

15. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in Paragraph Fifteen, and therefore denies the same.

16. Denied.

17. Denied.

## AFFIRMATIVE DEFENSES

Now comes the Claimant and incorporates the following affirmative defenses into each and every Paragraph contained in his Answer to Petitioner's Petition as follows:

AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE the Petitioner has failed to comply with Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE the Claimant says that the Petitioner's Petition fails to state a claim upon which relief may be granted.

AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE the Claimant says that this action was not commenced within the time required by the applicable statute and rules of limitations.

AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE the Claimant says that this action is in the improper venue.

WHEREFORE, the Claimant prays that this Honorable Court deny and/or dismiss Petitioner's Petition for Exoneration from or Limitation of Liability and enter a decree lifting the restraining order barring the prosecution of a separate civil suit for damages previously filed.

THE CLAIMANT DEMANDS A TRIAL BY JURY ON ALL ISSUES CONTAINED IN THE ANSWER.

Respectfully submitted for the Claimant
MICHAEL BORISOFF

Robert M. Schwartzman

**Robert M. Schwartzman, Esq.**
**Trial Bar # 01092**
**RESNICK & SCHWARTZMAN, LLC**
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Carolyn M. Latti, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com
dberg@lattianderson.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Robert M. Schwartzman

Robert M. Schwartzman, Esq.
Trial Bar # 01092
RESNICK & SCHWARTZMAN, LLC
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Dated: July 26, 2007