**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In the Matter of the Complaint of: DRONES MARINE LLC as Owners of "Flying Colours," a 54-foot 1992 Little Harbor Recreational sloop, for Exoneration or Limitation of Liability** | * | **Civ. Act. No.: 07-cv-1424-WDQ** |

CLAIMANTS' MOTION TO TRANSFER CASE TO THE DISTRICT OF RHODE ISLAND

NOW COME the Claimants, Michael Borisoff, Carol Dale, and Mary Grinavic, and move to transfer this case to the United States District Court for the District of Rhode Island, pursuant to Supplemental Rule F(9) of the Federal Rules of Civil Procedure, for the convenience of parties and witnesses, in the interests of justice. As grounds for this motion, the Claimants rely upon the contemporaneously filed Memorandum of Law.

WHEREFORE, the Claimants Borisoff, Dale, and Grinavic respectfully request that this case be transferred to the United States District Court for the District of Rhode Island.

Respectfully submitted for the Claimants

/s/

**Robert M. Schwartzman, Esq.**
**Trial Bar # 01092**
**RESNICK & SCHWARTZMAN, LLC**
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Carolyn M. Latti, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com
dberg@lattianderson.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/

Robert M. Schwartzman, Esq.
Trial Bar # 01092
RESNICK & SCHWARTZMAN, LLC
One East Franklin Street, 2nd Floor
Baltimore, MD 21202
Phone (410) 539-6087
Fax (410) 576-0818
rms@rs-atty.com

Dated: July 31, 2007