## Coast Guard Vessel Documentation

You asked for a vessel with a name like "FLYING COLOURS". That selection resulted in 2 matches.

**(1 of 2)**

| | | | |
|---|---|---|---|
| Vessel Name: | **FLYING COLOURS** | USCG Doc. No.: | **1032391** |
| Vessel Service: | RECREATIONAL | IMO Number: | * |
| Trade Indicator: | Recreational | Call Sign: | * |
| Hull Material: | FRP (FIBERGLASS) | Hull Number: | LHB54027D292 |
| Ship Builder: | * | Year Built: | 1992 |
| | | Length (ft.): | 54 |
| Hailing Port: | WASHINGTON DC | Hull Depth (ft.): | 9.7 |
| Owner: | DRONES MARINE LLC<br>SUITE 800 1300<br>CONNECTICUT AVE NW<br>WASHINGTON, DC 20036 | Hull Breadth (ft.):<br>Gross Tonnage:<br>Net Tonnage: | 15.2<br>53<br>42 |
| Documentation Issuance Date: | July 28, 2006 | Documentation Expiration Date: | August 31, 2007 |
| **Previous Vessel Names:** | LADY TWICK<br>PENTOGA | **Previous Vessel Owners:** | No Vessel Owner Changes |

**(2 of 2)**

| | | | |
|---|---|---|---|
| Vessel Name: | **FLYING COLOURS** | USCG Doc. No.: | **527622** |
| Vessel Service: | RECREATIONAL | IMO Number: | * |
| Trade Indicator: | Recreational | Call Sign: | * |
| Hull Material: | PLASTIC - MSIS LEGACY | Hull Number: | * |
| Ship Builder: | * | Year Built: | 1970 |
| | | Length (ft.): | 35.7 |
| Hailing Port: | * | Hull Depth (ft.): | 6.2 |
| Owner: | | Hull Breadth (ft.):<br>Gross Tonnage:<br>Net Tonnage: | 10.5<br>11<br>10 |
| Documentation Issuance Date: | February 04, 1988 | Documentation Expiration Date: | * |
| **Previous Vessel Names:** | No Vessel Name Changes | **Previous Vessel Owners:** | JAMES C MCKEEVER JR<br>MCKEEVER JR JAMES C |