$50.00
# 14637019097
FEE PAID
FEE NOT PAID (SEND LETTER)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re Drones Marine LLC *
Plaintiff(s) *

vs. * Case No.: WDQ 07-1424

Michael Borisoff, et. al. *
Defendant(s)

******

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 AUG 13 A 11:41
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert M. Schwartzman, am a member in good standing of the bar of this Court. My bar number is 01092. I am moving the admission of Carolyn M. Latti to appear *pro hac vice* in this case as counsel for Michael Borisoff, Carol Dale, and Mary Grinavic.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Massachusetts State Court 12/1994 | Massachusetts Federal Court 1994 |
| Maine State Court 5/8/1995 | Maine Federal Court 1995 |
| | First Circuit 1996 |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).



ok
cms

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Sajeet Popat, Esq., is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| [signature] | [signature] |
| Signature | Signature |
| Robert M. Schwartzman | Carolyn M. Latti |
| Printed Name | Printed Name |
| Resnick & Schwartzman LLC | Latti & Anderson LLP |
| Firm | Firm |
| One E. Franklin St., 2nd floor, Baltimore, MD 21202 | 30-31 Union Wharf, Boston, MA 02109 |
| Address | Address |
| 410-539-6087 | 617-523-1000 |
| Telephone Number | Telephone Number |
| 410-576-0818 | 617-523-7394 |
| Fax Number | Fax Number |

*****************************************************************************

**ORDER**

☑ GRANTED ☐ DENIED

August 15, 2007
Date

Felicia C. Cannon
Clerk, United States District Court
By: Catherine M. N. Scaffidi