**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **In the Matter of the Complaint of DRONES MARINE LLC as Owners of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability,** | * | |
| **Plaintiff,** | * | **Civil No. WDQ 07-1424** |
| **v.** | * | |
| **Michael Borisoff, Personal Representative of the Estate of Rhiannon Borisoff, Carol Dale, Temporary Conservator/Personal Representative of the Estate of Jason H. Franks, Mary Grinavic, Personal Representative of the Estate of Christine Grinavic,** | * | |
| **Defendants.** | * | |

## ORDER

**UPON CONSIDERATION** of the Joint Motion to Amend the Scheduling Order, it is this _____ day of _______________, 2007, hereby

**ORDERED**, that the Scheduling Order be revised to include the following deadlines:

1) September 7, 2007 Response to Claimant's Motion to Transfer Venue

2) January 11, 2008 Motion for Joinder of Additional Parties/Amendment of Pleadings;

3) January 25, 2008 Claimants' Rule 26(a)(2) expert disclosures;

4) February 25, 2008 Petitioner's Rule 26(a)(2) expert disclosures;

5) March 10, 2008 Claimants' rebuttal disclosures;

6) April 11, 2008 Discovery deadline/submission of status report;

7) April 18, 2008 Requests for admission;

8) May 23, 2008 Dispositive motions;

and it is further

ORDERED, that the Pretrial Conference be rescheduled to a date commensurate with these revised deadlines.

______________________________
**William D. Quarles, Jr., United States District Judge**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/

Carolyn M. Latti, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com
dberg@lattianderson.com

Dated: August 23, 2007