IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| | * | |
| IN THE MATTER OF COMPLAINT OF DRONES MARINE LLC, AS OWNER OF "FLYING COLOURS," A 54-FOOT 1992 LITTLE HARBOR RECREATIONAL SLOOP, FOR EXONERATION OR LIMITATION OF LIABILITY | * * * * | CIVIL NO.: WDQ-07-1424 |

* * * * * * * * * * * * *

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 18th day of October, 2007, ORDERED that:

1. Michael Borisoff, Carol Dale, and Mary Grinavic's motion to transfer venue to the United States District Court for the District of Rhode Island (Paper No. 16) BE, and HEREBY IS, GRANTED; and
2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

/s/
William D. Quarles, Jr.
United States District Judge