# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

October 18, 2007

***United States District Court***
***District of Rhode Island***
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: In the Matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability v. Claimants

Civil Action No.: WDQ-07-1424

Dear Clerk:

[ X ] On 10/18/07, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries.

[ ] On [Date Order of Acceptance Filed], an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By: /s/
Holly M. Lee Deputy Clerk

Enclosure

Received by: ____________________________
Date: ___________________________________
New Case No.: ___________________________

Letter Transferring Case (Rev. 02/26/2002)