CLOSED

# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:07−cv−01424−WDQ

In the Matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54−foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability v. Claimants
Assigned to: Judge William D Quarles, Jr
Cause: 28:1331 Fed. Question

Date Filed: 05/30/2007
Date Terminated: 10/18/2007
Jury Demand: Defendant
Nature of Suit: 340 Marine
Jurisdiction: Federal Question

**Plaintiff**

**In the matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54−foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability**

represented by **Stephen M Calder**
Palmer Biezup and Henderson
620 Chestnut St
Philadelphia, PA 19106
12156257805
Fax: 12156250185
Email: scalder@pbh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Claimants**

represented by **Sajeed Popat**
Resnick and Schwartzman LLC
One E Franklin St Ste 200
Baltimore, MD 21202
14105396087
Fax: 14105760818
Email: sp@rs−atty.com
*ATTORNEY TO BE NOTICED*

**Claimant**

**Michael Borisoff**
*Personal Representative of the Estate of Rhiannon Borisoff*

represented by **Robert M Schwartzman**
Resnick and Schwartzman LLC
One E Franklin St Ste 200
Baltimore, MD 21201
14105396087
Fax: 14105760818
Email: rms@rs−atty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn May Latti**
Latti and Anderson LLP
30−31 Union Wharf
Boston, MA 02109
16175231000
Fax: 16175237394

Email: clatti@lattianderson.com
*ATTORNEY TO BE NOTICED*

**David Joel Berg**
Latti and Anderson LLP
30−31 Union Wharf
Boston, MA 02109
16175231000
Fax: 16175237394
Email: dberg@lattianderson.com
*ATTORNEY TO BE NOTICED*

**Sajeed Popat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claimant**

**Carol Dale**
*Temporary Conservator/Personal Representative of the Estate of Jason H. Franks*

represented by

**Robert M Schwartzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn May Latti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Joel Berg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sajeed Popat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claimant**

**Mary Grinavic**
*Personal Representative of the Estate of Christine Grinavic*

represented by

**Robert M Schwartzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn May Latti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Joel Berg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sajeed Popat**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | VERIFIED COMPLAINT against Claimants (Filing fee $ 350, Receicpt #14637017404), filed by In the Matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54−foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability. (Attachments: # 1 Civil Cover Sheet # 2 Verification# 3 Declaration of Value# 4 Cost of Bond# 5 Text of Proposed Order (Order for Security for Costs)# 6 Monition# 7 Text of Proposed Order (Restraining Order, Issuance of Monition and Claims)# 8 Legal Notice)(raf, Deputy Clerk) Modified on 5/31/2007 (raf, Deputy Clerk). (Entered: 05/31/2007) |
| 05/30/2007 | 2 | Local Rule 103.3 Disclosure Statement by In the Matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54−foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability (raf, Deputy Clerk) (Entered: 05/31/2007) |
| 06/12/2007 | 3 | ORDER for Security for Costs and directing Petitioner shall file a bond with surety for costs in the amount of $1,000.00. Signed by Judge William D Quarles Jr. on 6/12/07. (c/finance 6/12/07)(raf, Deputy Clerk) (Entered: 06/12/2007) |
| 06/12/2007 | 4 | RESTRAINING ORDER, ORDER FOR ISSUANCE OF MONITION AND ORDER THAT CLAIMS BE FILED WITH CLERK. Signed by Judge William D Quarles Jr. on 6/12/07. (raf, Deputy Clerk) (Entered: 06/12/2007) |
| 06/12/2007 | 5 | MONITION issued (raf, Deputy Clerk) (Entered: 06/12/2007) |
| 07/20/2007 | 6 | CERTIFICATE of Counsel *re Publication of Legal Notice* by Stephen M Calder on behalf of In the Matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54−foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability (Attachments: # 1 Legal Notice and Proof of Publication)(Calder, Stephen) (Entered: 07/20/2007) |
| 07/20/2007 | 7 | CERTIFICATE of Counsel *re Mailing of Civil Cover Sheet; Complaint; Declaration of Value; Restraining Order, Order for Issuance of Monition, Order that Claims be Filed with Clerk, and Legal Notice; Order for Security for Costs; Cost Bond; and Monition* by Stephen M Calder on behalf of In the Matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54−foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability (Calder, Stephen) (Entered: 07/20/2007) |
| 07/26/2007 | 8 | CLAIM by Michael Borisoff.(hml, Deputy Clerk) (Entered: 07/26/2007) |
| 07/26/2007 | 9 | CLAIM by Carol Dale. (hml, Deputy Clerk) (Entered: 07/26/2007) |
| 07/26/2007 | 10 | CLAIM by Mary Grinavic. (hml, Deputy Clerk) (Entered: 07/26/2007) |
| 07/26/2007 | 11 | NOTICE of Appearance by Robert M Schwartzman on behalf of Michael Borisoff, Carol Dale, Mary Grinavic. (hmls, Deputy Clerk) (Entered: 07/26/2007) |
| 07/26/2007 | 12 | ANSWER to Complaint by Michael Borisoff.(hml, Deputy Clerk) (Entered: 07/26/2007) |
| 07/26/2007 | 13 | ANSWER to Complaint by Carol Dale.(hml, Deputy Clerk) (Entered: 07/26/2007) |
| 07/26/2007 | 14 | ANSWER to Complaint by Mary Grinavic.(hml, Deputy Clerk) (Entered: 07/26/2007) |
| 07/27/2007 | 15 | SCHEDULING ORDER: Status Report due by 12/10/2007. Signed by Judge William D Quarles Jr. on 7/27/07. (hml, Deputy Clerk) (Entered: 07/27/2007) |
| 07/31/2007 | 16 | MOTION to Transfer Case *to the District of Rhode Island* by Claimants. Responses due by 8/17/2007 (Attachments: # 1 Supplement Memorandum of Law in Support of Motion |

| | | |
|---|---|---|
| | | to Transfer# 2 Exhibit Coast Guard Vessel Documentation)(Popat, Sajeed) (Entered: 07/31/2007) |
| 08/15/2007 | 17 | MOTION for Carolyn Latti to Appear Pro Hac Vice by Michael Borisoff, Carol Dale, Mary Grinavic. (Filing Fee Paid) (Receipt 14637019097) (hml, Deputy Clerk) (Entered: 08/15/2007) |
| 08/15/2007 | 18 | MARGINAL ORDER granting 17 Motion for Carolyn Latti to Appear Pro Hac Vice. Signed by Clerk on 8/15/07. (For 18, See 17) (hml, Deputy Clerk) (Entered: 08/15/2007) |
| 08/15/2007 | 19 | MOTION for David Berg to Appear Pro Hac Vice by Michael Borisoff, Carol Dale, Mary Grinavic. (Filing Fee Paid) (Receipt 14637019098) (hml, Deputy Clerk) (Entered: 08/15/2007) |
| 08/15/2007 | 20 | MARGINAL ORDER granting 19 Motion for David Berg to Appear Pro Hac Vice. Signed by Clerk on 8/15/07. (For 20, See 19) (hml, Deputy Clerk) (Entered: 08/15/2007) |
| 08/15/2007 | 21 | Joint MOTION to Amend/Correct *Scheduling Order* by Michael Borisoff, Carol Dale, Mary Grinavic, Claimants. Responses due by 9/4/2007 (Popat, Sajeed) (Entered: 08/15/2007) |
| 08/17/2007 | 22 | RESPONSE in Opposition re 16 MOTION to Transfer Case *to the District of Rhode Island* filed by In the Matter of Complaint of Drones Marine LLC as Owner of "Flying Colours," a 54−foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability.Replies due by 8/31/2007. (Calder, Stephen) (Entered: 08/17/2007) |
| 08/23/2007 | 23 | NOTICE by Claimants re 21 Joint MOTION to Amend/Correct *Scheduling Order Proposed Order* (Berg, David) (Entered: 08/23/2007) |
| 08/24/2007 | 24 | ORDER granting 21 Joint Motion to Amend/Correct the Scheduling Order. Signed by Judge William D Quarles Jr. on 8/24/07. (hml, Deputy Clerk) (Entered: 08/24/2007) |
| 08/24/2007 | 25 | (FILED IN ERROR, COUNSEL WILL REW0RD PLEADING)REPLY to Response to Motion re 16 MOTION to Transfer Case *to the District of Rhode Island* filed by Claimants. (Berg, David) Modified on 8/27/2007 (slf, Deputy Clerk). (Entered: 08/24/2007) |
| 08/27/2007 | 26 | REPLY to Response to Motion re 16 MOTION to Transfer Case *to the District of Rhode Island* filed by Claimants. (Berg, David) (Entered: 08/27/2007) |
| 10/18/2007 | 27 | MEMORANDUM OPINION. Signed by Judge William D Quarles Jr. on 10/18/07. (hml, Deputy Clerk) (Entered: 10/18/2007) |
| 10/18/2007 | 28 | ORDER granting 16 Motion to Transfer Case to the District of Rhode Island. Signed by Judge William D Quarles Jr. on 10/18/07. (hml, Deputy Clerk) (Entered: 10/18/2007) |
| 10/18/2007 | 29 | Correspondence from Clerk to Clerk, District of Rhode Island re: Transfer. (hml, Deputy Clerk) (Entered: 10/18/2007) |