✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

In the Matter of Complaint of DRONES MARINE LLC

V.

MICHAEL BORISOFF, Personal Representative, et als

**APPEARANCE**

Case Number: C.A. No. 07-396ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Petitioner Drones Marine LLC

I certify that I am admitted to practice in this court.

10/23/2007
Date

Signature /s/ Gordon P. Cleary

Gordon P. Cleary, VETTER & WHITE — 1948
Print Name — Bar Number

20 Washington Place
Address

Providence — RI — 02903
City — State — Zip Code

(401) 421-3060 — (401) 273-6803
Phone Number — Fax Number