IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In the Matter of Complaint of:
DRONES MARINE LLC as Owner of
"Flying Colours," a 54-foot 1992 Little
Harbor recreational sloop, for
Exoneration or Limitation of Liability

Petitioner.

C.A. No. 07-396ML

MICHAEL BORISOFF, Personal Representative
of the Estate of Rhiannon Borisoff;
CAROL DALE, Temporary Conservator/
Personal Representative of
the Estate of Jason H. Franks;
MARY GRINAVIC, Personal Representative
of the Estate of Christine Grinavic,

Claimants.

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR Gen 204, petitioner Drones Marine LLC hereby moves that Stephen M. Calder, Esq., of the firm of Palmer Biezup & Henderson LLP, be admitted *PRO HAC VICE* in the above case as counsel with local counsel identified below.

/s/Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Petitioner
Drones Marine LLC
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: October 23, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Pennsylvania, New Jersey and Maryland, and of the following Federal District Courts and Court of Appeals: the Court of Appeals for the Third Circuit, the Eastern District of Pennsylvania, the Western District of Pennsylvania, the District of New Jersey, and the District of Maryland, and my eligibility to practice before those Courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

PBH: 193003.1

Stephen M. Calder, Esq.
Pa. Bar ID No. 25894
Palmer Biezup & Henderson LLP
620 Chestnut Street, Suite 956
Philadelphia, PA 19106
Tel: 215 625 9900
Fax: 215 625 0185
Email: scalder@pbh.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/Gordon P. Cleary
Gordon P. Cleary, Esq., R.I. Bar ID No. 1948
Bar I.D. No.: 1948
Vetter & White
20 Washington Place
Providence, RI 02903
Tel: 401 421 3060
Fax: 401 272 6803
Email: gcleary@vetterandwhite.com

---

**ORDER**

This motion is hereby ______________________________.

______________________________
District Judge

Date:

PBH: 193003.1