**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

******************************************
**In the Matter of the Complaint of** *
**DRONES MARINE LLC as Owners of "Flying** * **Civil No. 2007-396**
**Colours," a 54-foot 1992 Little Harbor** *
**recreational sloop, for Exoneration or** *
**Limitation of Liability,** *
**Plaintiff** *
*
**v.** *
*
**Michael Borisoff, Personal Representative of** *
**the Estate of Rhiannon Borisoff,** *
**Carol Dale, Temporary Conservator/Personal** *
**Representative of the Estate of Jason H. Franks,** *
**Mary Grinavic, Personal Representative of** *
**the Estate of Christine Grinavic,** *
**Defendants** *
******************************************

**NOTICE OF APPEARANCE OF MERLYN P. O'KEEFE FOR THE CLAIMANTS**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for:

Claimants Carol Dale, Mary Grinavic and Michael Borisoff.

I certify that I am admitted to practice in this court.

Respectfully submitted for the Claimants,

/s/ Merlyn P. O'Keefe___

Merlyn P. O'Keefe, Esq.
Trial Bar # 2439
238 Robinson Street, 2nd Floor
Wakefield, RI 02879
401-789-4850
silveroar@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ Merlyn P. O'Keefe___
Merlyn P. O'Keefe, Esq.
Trial Bar # 2439
238 Robinson Street, 2nd Floor
Wakefield, RI 02879
401-789-4850
silveroar@gmail.com

Dated: November 28, 2007