UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

IN THE MATTER OF COMPLAINT OF DRONE MARINE LLC, AS OWNER OF "FLYING COLOURS," A 54-FOOT 1992 LITTLE HARBOR RECREATIONAL SLOOP, FOR EXONERATION OR LIMITATION OF LIABILITY

Dkt. No. 97 CV 396

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Borisoff, Dale, Grinavic hereby moves that David J. Berg be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Merlyn O'Keefe
(Plaintiff/Defendant)

By: Merlyn O'Keefe
Bar ID No. 2439
Address: 238 Robinson St.
2nd Floor,
Wakefield, RI 02879

DATED: November 30, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of MA, ME, NH, NY and of the following Federal District Court and/or Court of Appeals Bar(s) MA, ME, NH, SDNY EDNY, EDMI, 1st Cir, 4th Cir., and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided). See attachment

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

David J. Berg — MA 558624
Print Name — State Bar ID #

Latti & Anderson LLP
Firm Name

30-31 Union Wharf, Boston, MA 02109
Business Address

(617) 523-1000
Tel. #

(617) 523-7394
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Merlyn O'Keefe
Signature of Local Counsel

Merlyn O'Keefe — 2439
Print Name — RI Bar ID #

Packer and O'Keefe
Firm and Business Address
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

Tel. # (401) 789-4850 Fax # (401) 789-1757

---

**ORDER**

This is motion
hereby________________________________________

______________________________
District Judge

Date:

(4) I was counsel to the Plaintiff in the case of Glab v. VER Inc., et al, #1:05-cv-289 (Lisi, J.). This case was dismissed by stipulation dated Nov. 15, 2006.