IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In the Matter of Complaint of:
DRONES MARINE LLC as Owner of
"Flying Colours," a 54-foot 1992 Little
Harbor recreational sloop, for
Exoneration or Limitation of Liability,

Petitioner.

Dkt No. 1:07-cv-00396

MICHAEL BORISOFF, Personal Representative
of the Estate of Rhiannon Borisoff;
CAROL DALE, Temporary Conservator/
Personal Representative of
the Estate of Jason H. Franks;
MARY GRINAVIC, Personal Representative
of the Estate of Christine Grinavic,

Claimants.

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Petitioner Drones Marine LLC and Claimants Michael Borisoff, Carol Dale and Mary Grinavic respectfully request that the Court amend the Pretrial Scheduling Order in respect of the deadlines for expert witness disclosures.

For the reasons set forth in the attached Memorandum, the parties seek an amended order that Claimants shall make their expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by June 2, 2008, and Petitioner Drones Marine LLC shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by July 1, 2008.

Respectfully submitted,

FOR PETITIONER:

/s/ Gordon P. Cleary
Gordon P. Cleary, Esq.
Bar No. 1948
Vetter & White
20 Washington Place
Providence, RI 02903
401 421 3060
gcleary@vetterandwhite.com

/s/ Stephen M. Calder
Stephen M. Calder, Esq.
Palmer Biezup & Henderson LLP
620 Chestnut Street, Suite 956
Philadelphia, PA 19106
215 625 9900
scalder@pbh.com

FOR CLAIMANTS:

/s/ Merlyn P. O'Keefe
Merlyn P. O'Keefe, Esq.
Bar No. 2439
238 Robinson Street, 2nd Florr
Wakefield, RI 02879
401 789 4850
silveroar@gmail.com

/s/ Carolyn M. Latti
Carolyn M. Latti, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617 523 1000
clatti@lattianderson.com

CERTIFICATE OF SERVICE

To:

Merlyn P. O'Keefe, Esq.
238 Robinson Street – 2nd Floor
Wakefield, RI 02879

Carolyn M. Latti, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

Stephen M. Calder, Esq.
Palmer Biezup & Henderson LLP
620 Chestnut Street – Suite 956
Philadelphia, PA 19106

I hereby certify that I electronically filed this Joint Motion To Amend Scheduling Order on February 13, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In the Matter of Complaint of:
DRONES MARINE LLC as Owner of
"Flying Colours," a 54-foot 1992 Little
Harbor recreational sloop, for
Exoneration or Limitation of Liability,

Petitioner.

Dkt No. 1:07-cv-00396

MICHAEL BORISOFF, Personal Representative
of the Estate of Rhiannon Borisoff;
CAROL DALE, Temporary Conservator/
Personal Representative of
the Estate of Jason H. Franks;
MARY GRINAVIC, Personal Representative
of the Estate of Christine Grinavic,

Claimants.

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO AMEND SCHEDULING ORDER**

This motion to amend the Pretrial Scheduling Order is presented jointly on behalf of Petitioner Drones Marine LLC and Claimants Michael Borisoff, Carol Dale and Mary Grinavic.

This maritime action was instituted by filing a petition for limitation of liability, and claims were thereafter filed against the vessel owner on behalf of the Claimants.

Given the burdens of proof in limitation actions, expert witness disclosures are first provided by claimants, and then are provided by the petitioning vessel owner. However, the Pretrial Scheduling Order entered on January 31, 2008, states: "Plaintiff shall make its expert witness

disclosures as required by F.R.Civ.P. 26(a)(2) by June 2, 2008. Defendants (Claimants) shall make their expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by July 1, 2008."

The parties respectfully submit that the quoted sentences in the Pretrial Scheduling Order should be amended to read as follows: "Claimants shall make their expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by June 2, 2008. Petitioner Drones Marine LLC shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by July 1, 2008."

WHEREFORE, the parties jointly move that the Pretrial Scheduling Order be amended, and the deadlines for expert witness disclosures modified as set forth in this Motion.

Respectfully submitted,

FOR PETITIONER:

/s/ Gordon P. Cleary
Gordon P. Cleary, Esq.
Bar No. 1948
Vetter & White
20 Washington Place
Providence, RI 02903
401 421 3060
gcleary@vetterandwhite.com

/s/ Stephen M. Calder
Stephen M. Calder, Esq.
Palmer Biezup & Henderson LLP
620 Chestnut Street, Suite 956
Philadelphia, PA 19106
215 625 9900
scalder@pbh.com

FOR CLAIMANTS:

/s/ Merlyn P. O'Keefe
Merlyn P. O'Keefe, Esq.
Bar No. 2439
238 Robinson Street, 2nd Florr
Wakefield, RI 02879
401 789 4850
silveroar@gmail.com

/s/ Carolyn M. Latti
Carolyn M. Latti, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617 523 1000
clatti@lattianderson.com

## CERTIFICATE OF SERVICE

To:

Merlyn P. O'Keefe, Esq.
238 Robinson Street – 2nd Floor
Wakefield, RI 02879

Carolyn M. Latti, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

Stephen M. Calder, Esq.
Palmer Biezup & Henderson LLP
620 Chestnut Street – Suite 956
Philadelphia, PA 19106

I hereby certify that I electronically filed this Memorandum in Support of Joint Motion To Amend Scheduling Order on February 13, 2008. The memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary