**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In the Matter of the Complaint of DRONES MARINE LLC as Owners of "Flying Colours," a 54-foot 1992 Little Harbor recreational sloop, for Exoneration or Limitation of Liability, Petitioner** | | **Case 1:07-cv-00396-ML-DLM** |
| **v.** | | |
| **Michael Borisoff, Personal Representative of the Estate of Rhiannon Borisoff, Carol Dale, Temporary Conservator/Personal Representative of the Estate of Jason H. Franks, Mary Grinavic, Personal Representative of the Estate of Christine Grinavic, Claimants** | | |

**STIPULATION TO EXTEND DEADLINE TO FILE EXPERT REPORTS**

Now comes the parties in the above-entitled matter and by and through their attorneys request that this Honorable Court extend Claimant and Petitioner's expert deadlines as stipulated below:

Claimant's expert deadline extended from September 2, 2008 to September 5, 2008

Petitioner's expert deadline extended from October 1, 2008 to October 6, 2008

WHEREFORE, the parties respectfully request that this Honorable Court extend the expert deadlines as stipulated.

Respectfully submitted for the Claimants,

/s/ Merlyn P. O'Keefe___
Merlyn P. O'Keefe, Esq.
Trial Bar # 2439
238 Robinson Street, 2nd Floor
Wakefield, RI 02879
401-789-4850
silveroar@gmail.com

/s/_Carolyn M. Latti
Carolyn M. Latti, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com
dberg@lattianderson.com

Respectfully submitted for the Petitioner

/s/ Gordon P. Cleary
Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place, #3
Providence, RI 02903
401-421-3060
gcleary@vetterandwhite.com

/s/ Stephen M. Calder
Stephen M. Calder, Esq.
Palmer Biezup & Henderson LLP
956 Public Ledger Building
Independence Mall West
Philadelphia, PA 19106-3409
215-625-9900
scalder@pbh.com

Dated: August 28, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/_Carolyn M. Latti
Carolyn M. Latti, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
dberg@lattianderson.com

Dated: August 28, 2008